WP05-21

# REGIONAL ADVISORY COUNCIL RECOMMENDATIONS

## SOUTHCENTRAL REGIONAL COUNCIL

**Support the proposal.** The Council agreed that there was sufficient evidence to support having Chistochina added to the C&T use determination for moose in Unit 12.

## EASTERN INTERIOR ALASKA REGIONAL COUNCIL

**Support.** The Council supported the proposal based on its review of the eight factor analysis, written public comments, and the personal knowledge of its Council members. Council members asked why other communities closer to Unit 12 were not recommended to be granted a positive determination. Staff explained the proposal review policy is to analyze the request and not conduct a comprehensive review of other communities that might qualify for a positive determination. The Council will be submitting a proposal for the 2006-07 season to add the residents of Unit 13C to the customary and traditional determination for moose for Unit 12.

## INTERAGENCY STAFF COMMITTEE RECOMMENDATION

**Support** the proposal, consistent with the recommendations of the Southcentral Alaska, and Eastern Interior Regional Advisory Councils.

**Justification**

Documentation of the customary and traditional use of moose in the other portions of Unit 12 (B and C) by residents of Chistochina is shown through community harvest resource mapping and site specific investigations within these areas. Their levels of use are very similar to the communities that have a positive customary and traditional use determination in these portions of Unit 12.

The documented uses by Chistochina residents are concentrated in a portion of Unit 12. The Federal Subsistence Management Program has a varying practice in which some customary and traditional use determinations are for whole units, while some are attributed to sub-units, or portions of units. Generally, these reflect differences in the intensity of management required for either biological conservation or allocation purposes. In this instance, the Interagency Staff Committee noted that both the Southcentral and Eastern Interior Regional Councils affected by this proposal supported a finding of customary and traditional uses for the whole of Unit 12, rather than defining a new portion of the Unit in which the uses would be recognized. The Interagency Staff Committee concurs with the two Councils that no additional benefit to management occurs from creating new portions of the unit for customary and traditional findings in Unit 12.

WP05-21

# COMMENTS
# WP05-21

### ADF&G

The Federal Subsistence Board meeting book is being published prior to development of final recommendations and comments by the Alaska Department of Fish and Game. This information will be available on the Department's website by April 29, 2004. See the ADF&G homepage, under the headings of "highlights" and "regulations", at http://222.adfg.state.ak.us. For those without computer access, please call 1-907-459-7256 for further information.

### PUBLIC

**Support.** We support the rural subsistence users who reside in Chistochina having a customary and traditional use determination for moose throughout Unit 12. They have customarily and traditionally used Unit 12 to hunt for caribou, moose, sheep, and other wildlife. Unit 12 is their traditional area to hunt for caribou, moose, and sheep, etc. They have used these areas for thousands of years to take wildlife for their livelihood.

*AHTNA Tene Nene' Subsistence Committee*

**Support.** Wrangell-St. Elias National Park Subsistence Resource Commission <u>unanimously supports the proposal as written</u>. The analysis presented clearly documents that residents of Chistochina have customarily and traditionally harvested moose in all three areas of Unit 12 for which there are C&T determinations.

*Wrangell-St. Elias National Park Subsistence Resource Commission*

WP05-21

## STAFF ANALYSIS
## WP05-21

### ISSUES

Proposal WP05-21, submitted by the Cheesh-na Tribal Council, Chistochina, requests adding the residents of Chistochina to the customary and traditional use determinations for moose the portions of Unit 12 where they are not currently included.

### DISCUSSION

**Existing Federal Regulation**

**Unit 12 – Moose**

Customary and Traditional Use Determination
(The areas are labeled A, B, and C for this analysis only)

| | |
|---|---|
| A. Unit 12, south of a line from Noyes Mountain, southeast of the confluence of Totschunda Creek to Nabesna River. | Residents of Unit 11 north of 62nd parallel, Unit 12, 13A - 13D and the residents of Chickaloon, Dot Lake, and Healy Lake. |
| B. Unit 12, east of the Nabesna River and Nabesna Glacier, south of the Winter Trail from Pickerel Lake to the Canadian Border. | Residents of Unit 12 and Healy Lake. |
| C. Unit 12, remainder | Residents of Unit 12, Dot Lake, Healy Lake, and Mentasta Lake. |

**Proposed Federal Regulation**

**Unit 12 – Moose**

Customary and Traditional Use Determination
(The areas are labeled A, B, and C for this analysis only)

| | |
|---|---|
| A. Unit 12, south of a line from Noyes Mountain, southeast of the confluence of Totschunda Creek to Nabesna River. | Residents of Unit 11 north of 62nd parallel, Unit 12, 13A - 13D and the residents of Chickaloon, Dot Lake, and Healy Lake. |
| B. Unit 12, east of the Nabesna River and Nabesna Glacier, south of the Winter Trail from Pickerel Lake to the Canadian Border. | Residents of Unit 12, **Chistochina**, and Healy Lake. |
| C. Unit 12, remainder | Residents of Unit 12, **Chistochina**, Dot Lake, Healy Lake, and Mentasta Lake. |

Residents of Chistochina, located in Unit 13C, are included in the customary and traditional use determination for moose in the portion of Unit 12 labeled as A in the above regulatory descriptions. The proponents are requesting a positive determination for moose in the B and C portions of Unit 12 described above. (**Maps 1 and 2**)

**Exhibit B**
**Page 16 of 26**





WP05-21

### Extent of Federal Public Lands

Federal public lands in Unit 12 are comprised of Wrangell-St. Elias National Park/Preserve (48%) and the Tetlin National Wildlife Refuge (11%). (**Map 1**)

*Special Requirements for Park Service Lands*

Under the guidelines of ANILCA, National Park Service regulations identify qualified local rural subsistence users in National Parks and Monuments by: 1) identifying resident zone communities which include a significant concentration of people who have customarily and traditionally used subsistence resources on park lands; and 2) identifying and issuing subsistence use (§13.44) permits to individuals residing outside of the resident zone communities who have a personal or family history of subsistence use. Chistochina is one of the designated resident zone communities for Wrangell-St. Elias National Park.

### Regulatory History

The customary and traditional use determination for moose in Unit 12 is essentially the same as originally adopted in 1992. This determination was based on existing State of Alaska determinations. The State recognized the customary and traditional use of moose in all of Unit 12 by residents of Unit 12. For use besides Unit 12 residents, three use areas were identified. In this analysis, for discussion purposes, these three areas have been labeled A, B, and C in the regulatory language above and are shown in Map 2. In the 1989 State regulations these areas were labeled South, East, and North respectively (Alaska 1989: 5AAC 99.025). In the A or South portion of Unit 12, which encompasses the Nabesna Road area, residents of Unit 11 north of the 62nd parallel (approximately at the junction of the Unit 11 boundary with Klawasi River), residents of Units 13A – 13D, and residents of Dot Lake were recognized along with Unit 12 residents. In the C or North portion of Unit 12, residents of Dot Lake and Mentasta Lake were the additional communities recognized as additional customary and traditional users of moose. In the B or the East portion of Unit 12, residents of Unit 12 were the only customary and traditional users recognized until 1998, when the Federal Subsistence Board adopted Proposal 101 adding the residents of Healy Lake to all of Unit 12 (FSB 1998).

### Community Characteristics

Chistochina is located at mile 32.7 on the Tok Cutoff of the Glenn Highway (ADCED 2004). During the 2000 census, there were 93 residents, 63% of whom were Alaska Native, living in 37 households (**Table 1**). The location of Chistochina is tied to a traditional Ahtna fish camp site. The community has relocated within the vicinity of this camp throughout the last century in response to activities associated with the Gold Rush at the beginning of the twentieth century and events during the 1940s (ADCED 2004; Stratton and Georgette 1984).

The analysis of the 1998 proposal to include Healy Lake residents in Unit 12 provided historical documentation of interaction between Upper Tanana and Copper River Ahtna residents in pursuing subsistence activities and potlatch celebrations (FWS 1998). The 1984 Copper Basin study description of the Nabesna Road area includes discussion of the traditional trails in this area of Unit 12 connecting the Tanana and Copper River basins. This study noted that Upper Tanana Athabaskans had settlements along the Nabesna River and also noted that Upper Ahtna settlements were located along the lower Nabesna Road (Stratton and Georgette 1984:154). The proponent noted that documentation of the use of this area by Chistochina is also available in the applications submitted under ANCSA 14(h)(1) historical and cultural selections, 14(h)(2) Native group selections, and 14(h)(5) individual selections. The site background in the investigation report for the Nabesna Bar site at the confluence of Jack Creek and the

**Exhibit B**

WP05-21

Table 1. WP05-21. Community Characteristics (ADCED 2004).

| Community | Time Depth | 2000 Population | Households |
|---|---|---|---|
| Chisana[1] | 1913 | 12 | 5 |
| Dot Lake | 1940s | 19 | 10 |
| Dot Lake Village | Upper Tanana Traditional | 38 | 15 |
| Healy Lake | Upper Tanana Traditional | 37 | 13 |
| Mentasta Lake | Ahtna Traditional | 142 | 54 |
| Northway | 1940s | 95 | 30 |
| Northway Junction | 1940s | 72 | 23 |
| Northway Village | Upper Tanana Traditional | 107 | 32 |
| Tanacross | Upper Tanana Traditional | 140 | 42 |
| Tetlin | Upper Tanana Traditional | 117 | 42 |
| Tok | 1942 | 1,393 | 534 |
| Community in the C&T request | | | |
| Chistochina | Ahtna Traditional | 93 | 37 |

[1] Population numbers are from a 2003 State of Alaska Demographer estimate

Nabesna River (BLM AA-107141, historical/cultural selection made by Ahtna, Inc.) provides a description of continuous use from the prehistoric period through the 1970s by Upper Tanana residents and Ahtna residents of Chistochina and Mentasta Lake (BIA 1996a: 4-10).

*The Data*

Chistochina was included in the 1982 and 1987 ADF&G Subsistence Division household use studies which were described in technical reports (Stratton and Georgette 1984; McMillan and Cuccarese 1988) Regional ethnographic overviews were consulted, along with investigation reports prepared by the Bureau of Indian Affairs for sites in Unit 12 (De Laguna and McClellan 1981; Reckord 1983, BIA 1993, 1994, 1996a, 1996b).

**Eight Factors for Determining Customary and Traditional Uses**

A community or area must generally exhibit the following eight factors, which exemplify customary and traditional use. The Federal Subsistence Board will make customary and traditional use determinations based on an application of these eight factors (FR 50 CFR Part 100 B.16 [b]). In addition, the Federal Subsistence Board will take into consideration the reports and recommendations of any appropriate regional council regarding customary and traditional use of subsistence resources (FR 50 CFR Part 100 B.16[c]).

1. *A long-term, consistent pattern of use, excluding interruptions beyond the control of the community or area*

In the community characteristics, it was noted that the physical location of Chistochina is linked with a traditional Ahtna fishing site. The social links for Chistochina were documented in a 1973 report that

Exhibit B
Page 20 of 26

WP05-21

listed the kinship ties that Chistochina had with Tulsona Creek, Gakona, Suslota, Nabesna, Mentasta, Chisana, and the Sanford River. Two of these occur in Unit 12, Nabesna and Chisana. The report went on to note that the residents of Chistochina maintained these ties and "may hunt, fish, and gather in areas that were traditionally used by their ancestors (AEIDC 1973 in NPS 1995). The earliest documentation of moose harvesting by Ahtna communities begins in the late 19th century (Allen 1900:413 in NPS 1995). Moose harvesting is included in descriptions of subsistence use for all Ahtna communities (De Laguna and McClellan 1981, Reckord 1983, Stratton and Georgette 1984).

Household survey data from 1987 is available for Chistochina and many of the other communities with a positive customary and traditional use determination for moose in the B and C portions of Unit 12 (**Table 2**). In Chistochina, 53.6 % of the households used moose and harvested an estimated 53 pounds of moose per person on an annual basis. These amounts fall within the range of use by the other communities that have a positive customary and traditional use determination. Documentation of all moose harvests throughout the state by Chistochina residents is available for the period 1991 to 2002: 265 permits or harvest tickets were obtained by Chistochina residents, 183 actually hunted, and 26 moose were harvested (ADF&G 2004).

Table 2. Household survey data on the use of moose (ADF&G 2001)

| Community | % Households |||||  Pounds per HH | Pounds Per Capita | % Total |
| | using | trying | harvesting | receiving | giving | | | |
|---|---|---|---|---|---|---|---|---|
| Northway | 93.3 | 82.2 | 33.3 | 75.6 | 20.0 | 268.75 | 74.65 | 26.85% |
| Tetlin | 89.7 | 59.3 | 34.5 | 84.8 | 34.5 | 253.55 | 63.50 | 29.69% |
| Tanacross | 81.5 | 66.7 | 29.6 | 63.0 | 22.2 | 238.89 | 87.16 | 34.88% |
| Tok | 62.8 | 48.6 | 23.8 | 39.0 | 15.0 | 144.06 | 48.90 | 32.77% |
| Dot Lake | 73.3 | 46.7 | 20.0 | 66.7 | 20.0 | 129.00 | 39.49 | 34.15% |
| Mentasta | 62.5 | 45.8 | 16.7 | 50.0 | 12.5 | 75.00 | 24.33 | 19.39% |
| Chisana | 33.3 | 50.0 | 0.0 | 33.3 | 16.7 | 0.00 | 0.00 | 0.00% |
| Community in the C&T request ||||||||| 
| Chistochina (Cheeshna) | 53.6 | 60.7 | 28.6 | 25.0 | 21.4 | 144.64 | 53.30 | 20.38% |

*2. A pattern of use recurring in specific seasons for many years*

In contemporary times, the primary season of harvest is September with occasional harvests at other times of the year (ADF&G 1992, 2004).

*3. A pattern of use consisting of methods and means of harvest which are characterized by efficiency and economy of effort and cost, conditioned by local characteristics*

The 1982 household surveys described successful moose hunting using highway vehicles, all-terrain vehicles, or hunting on foot (Stratton and Georgette 1984:147). The permit database shows five successful hunts by Chistochina in Unit 12, three hunters using horse or dogsled and two hunters using a three wheeler (ADF&G 2004).

*4. The consistent harvest and use of fish or wildlife as related to past methods and means of taking: near, or reasonably accessible from the community or area*

The available permit information for Chistochina residents from 1991-2002 shows the harvest of moose in the A portion of Unit 12, where the community has an existing customary and traditional use determination (ADF&G 2004). However, mapping of community resource harvest areas for Chistochina

WP05-21

residents undertaken in conjunction with the 1982 household surveys showed a wider use area. For Unit 12, mapping of moose harvest areas showed residents of Chistochina used the Nabesna River drainage beyond the A portion, north to Pickerel Lake and east of the Nabesna River along Stone Creek, Cooper Creek, and Camp Creek. Data gathered in the mapping study represented use of these areas from 1964 to 1984 (ADF&G 1985: Map 10).

Additional information on the use of the B and C portions of Unit 12 by Chistochina was provided in the investigation reports for historical and cultural site applications submitted by Ahtna. Historical occupancy and use of sites on a seasonal basis for subsistence activities (including moose harvesting) throughout the 1970s was described for the Tthiixaa' Cheeg location at the confluence of Cooper Creek with the Nabesna River, BLM F-22390A, the Nach'etay Cheeg location near the confluence of the Cross and Notch Creeks northwest of Chisana, BLM AA-11784A, and the Pickerel Lakes locations, BLM F-22390C, Map 2 (BIA 1993, 1994, 1996b).

*5. A means of handling, preparing, preserving, and storing fish or wildlife which has been traditionally used by past generations, including consideration of alteration of past practices due to recent technological advances, where appropriate*

The customary and traditional use worksheet prepared for Unit 12 moose by ADF&G has the following information for this factor: "Fresh, dried, frozen and canned. In addition to the meat, major organs as well as stomach, intestines, lungs, and bones are used. Hides are used for crafts and clothing (mittens, mukluks, etc.)" (ADF&G 1992:145). Use of moose hides in craftwork by Chistochina residents has been noted (Reckord 1983: 142).

*6. A pattern of use which includes the handing down of knowledge of fishing and hunting skills, values, and lore from generation to generation*

Ahtna and Upper Tanana Athabaskans practice a complex system of beliefs and rituals, which guide their resource use practices (De Laguna 1969, Mishler et al. 1988). Some aspects are best described by Mishler et al.:

> Today, as in former times, Upper Tanana Indians have been governed by a strong sense of taboo, generally known as *Injiih*, and which the Ahtna refer to as *En'gii*. *Injiih* is a set of behaviors which by tradition are generally frowned upon and discouraged. It is *Injiih*, for example, to let wild animals suffer, or to taunt them and play with them, and the single word "Injiih" is openly spoken to remind people that they are endangering themselves and others by what they are doing. It is generally believed that if any animal, fish, or bird is mistreated or not respected, its descendants will not return to the area and hard times will follow for everyone (Mishler et al. 1988:b-17).

In addition to these traditional belief systems, it is common for one generation to pass on detailed knowledge of local place names and subsistence techniques to younger generations. Also, Native organizations such as Ahtna, Inc., Ahtna Heritage Foundation, and the Mount Sanford Tribal Consortium have provided cultural or spirit camps where hunting and fishing skills are taught. The Federal Subsistence Board has approved special actions for harvests in conjunction with these activities.

In general, the passing down of subsistence harvesting knowledge, skills, and associated values from one generation to the next and the sharing of this knowledge among all the residents of Copper Basin and Upper Tanana communities is common. For both Natives and non-Natives, contemporary hunting parties

**Exhibit B**
**Page 22 of 26**

WP05-21

are often made up of relatives and sometimes of groups of peers. Recent migrants to the area tend to learn locations and methods from their peers (Stratton 1982, Reckord 1983).

*7. A pattern of use in which the harvest is shared or distributed within a definable community of persons*

Traditional methods of sharing involve potlatches, kinship connections, and trading networks between communities. Data from household surveys which document receiving and giving of all subsistence resources are shown in **Table 3**; data for the use of moose are provided in Table 2. The use by households in Chistochina follows the pattern where more households use the resource than harvest it and there is a higher level of receiving than giving.

Table 3. Household survey data on the use of all resources (ADF&G 2001)

| Community | % Households | | | | | Average Pounds |
|---|---|---|---|---|---|---|
| | using | trying | harvesting | receiving | giving | |
| Northway | 100.0 | 95.6 | 95.6 | 93.3 | 60.0 | 1001 |
| Tetlin | 100.0 | 89.7 | 89.7 | 89.7 | 79.3 | 854 |
| Chisana | 100.0 | 100.0 | 100.0 | 83.3 | 66.7 | 277 |
| Dot Lake | 100.0 | 100.0 | 100.0 | 86.7 | 60.0 | 378 |
| Tanacross | 96.3 | 96.3 | 96.3 | 96.3 | 63.0 | 685 |
| Mentasta | 95.8 | 91.7 | 91.7 | 83.3 | 58.3 | 387 |
| Tok | 94.1 | 87.7 | 84.2 | 79.7 | 28.8 | 440 |
| Community in the C&T Request | | | | | | |
| Cheeshna (Chistochina) | 100.0 | 100.0 | 100.0 | 75.0 | 64.3 | 710 |

*8. A pattern of use which relates to reliance upon a wide diversity of fish and wildlife resources of the area and which provides substantial cultural, economic, social, and nutritional elements to the community or area*

The 1987 household surveys of the communities with customary and traditional use for moose in the B and C portions of Unit 12 showed a range of household use of all subsistence resources from 94.1% to 100%; Chistochina household use is at 100% and falls within this range (Table 3). The estimated per capita harvest of all subsistence resources in these communities ranged from 277 to 1,001 pounds per year, while Chistochina had a per capita annual harvest of 710 pounds.

The diversity of resources or the mean number of resources used by Chistochina residents has been estimated at 7.6. This value is similar to the range, 8.6 to 11.8, of diversity of resources used by the communities with a positive determination for moose in the B and C areas of Unit 12 (McMillan and Cuccarese 1988).

**Effects of the Proposal**

Adoption of proposal WP05-21 would recognize the residents of Chistochina as customary and traditional users of moose in the remaining portions of Unit 12, B—east of the Nabesna River and Nabesna Glacier, south of the Winter Trail from Pickerel Lake to the Canadian Border and C—the remainder of Unit 12. Written documentation shows that residents of Chistochina have used moose in these areas since the late 19th century.

**Exhibit B**
**Page 23 of 26**

## LITERATURE CITED

Alaska Department of Community and Economic Development. 2004. Alaska community database. Internet: www.dced.state.ak.us/mra/CF_COMDB.htm

Alaska Department of Fish and Game. 1985. Alaska habitat management guide, Southcentral Region, Volume III: Reference Maps, Community Use of Fish, Wildlife, and Plants, Map 10. Division of Habitat; Juneau, AK.

Alaska Department of Fish and Game, Division of Subsistence. 1992. Customary and traditional use worksheets – Volume 3, Interior – Western- Arctic. Unit 12 Moose, pp. 145-146. Juneau, AK.

Alaska Department of Fish and Game, Division of Subsistence. 2001. Community profile database. Microcomputer database, updated July 2001. Juneau, AK.

Alaska Department of Fish and Game. 2004. Harvest database. Electronic Database. Anchorage AK.

Alaska Regulations. 1989. 5 AAC.99.025. Communities and Areas with customary and traditional uses of game. 8/20/89. Juneau, AK.

Allen, H. 1900. A Military Reconnaissance of the Copper River Valley, Alaska, 1885. In Compilation of Narratives of Explorations in Alaska. Washington: Government Printing Office. Pages 411-487.

Arctic Environmental Information and Data Center. 1973. The Ahtna region: background for regional and community planning. Lidia Selkregg. Anchorage, AK. 250 pp.

Bureau of Indian Affairs. 1993. Report of investigation for Nach'Etay Cheeg, BLM AA-11784A, Ahtna, Inc. Bureau of Indian Affairs, ANCSA Office. Anchorage, AK.

Bureau of Indian Affairs. 1994. Report of investigation for Pickerel Lakes, BLM F-22390C, Ahtna, Inc. Bureau of Indian Affairs, ANCSA Office. Anchorage, AK.

Bureau of Indian Affairs. 1996a. Report of investigation for Nabesna Bar, BLM AA-107141, Ahtna, Inc. Bureau of Indian Affairs, ANCSA Office. Anchorage, AK.

Bureau of Indian Affairs. 1996b. Report of investigation for Tthiixaa' Cheeg, BLM F-22390A, Ahtna, Inc. Bureau of Indian Affairs, ANCSA Office. Anchorage, AK.

De Laguna, F. 1969. The Ahtna of the Copper River Basin: the world of men and animals. Folk 11/12:17-26.

De Laguna, F. and C. McClellan. 1981. Ahtna. In Handbook of North American Indians, Vol. 6, Subarctic. J. Helm, ed. Smithsonian Institution. Pages 641-663. Washington D.C.

FSB. 1998. Transcripts of Federal Subsistence Board proceedings, May 5, 1998. Office of Subsistence Management, FWS. Anchorage, AK.

FWS. 1998. Federal Subsistence Board, Region 9, Proposal 101 & 104. Office of Subsistence Management, FWS. Anchorage, AK.

McMillan, P. O. and S.V. Cuccarese. 1988. Alaska over-the-horizon backscatter radar system: characteristics of contemporary subsistence use patterns in the Copper River Basin and Upper Tanana area. Volume I: Synthesis. Arctic Environmental Information and Data Center. Anchorage, AK.

Mishler, C., J. Alfonsi and G. Bacon. 1988. Cultural and traditional aspects of subsistence: research summary report. In Environmental assessment, proposed sites, Alaska radar system, over the horizon backscatter radar program. Department of the Air Force. Anchorage, AK.

National Park Service. 1995. Customary and traditional use reference for the Copper River Basin Area. Reference prepared for the Federal Subsistence Board. Anchorage, AK.

WP05-21

Reckord, H. 1983. That's the way we live: subsistence in the Wrangell-St. Elias National Park and Preserve. Anthropology and historic preservation, Cooperative Park Studies Unit, University of Alaska Fairbanks. Fairbanks, AK.

Stratton, L. 1982. The Dipnet and Fishwheel Fisheries of the Copper River, 1982. ADF&G, Division of Subsistence Technical Paper No. 37.

Stratton, L. and S. Georgette. 1984. Use of fish and game by communities in the Copper River Basin, Alaska: A report on a 1983 household survey. ADF&G, Division of Subsistence Technical Paper No. 107. Juneau, AK.

*Bill Knauer, 786-3873*                                    *December 16, 2005*

**APPENDIX D – State of Alaska Request for Reconsideration**