Heather Kendall Miller, ABA #9211084
NATIVE AMERICAN RIGHTS FUND
420 L St., Suite 505
Anchorage, Alaska 99501
(907) 276-0680

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| MITCH DEMIENTIEFF, Chairman, | ) Case No. 06 3:05-CV-00107 (JWS) |
| FEDERAL SUBSISTENCE BOARD, | ) |
| P. LYNN SCARLETT, Acting | ) |
| Secretary of the Interior, | ) |
| MIKE JOHANNS, Secretary of the U.S. | ) |
| Department of Agriculture | ) |
| [each in their official capacity] | ) |
| | ) |
| Defendants, and | ) |
| | ) |
| CHEESH-NA TRIBAL COUNCIL and | ) |
| LARRY SINYON, | ) |
| | ) |
| Applicant-Intervenors | ) |
| | ) |

**ENTRY OF APPEARANCE**

Heather R. Kendall-Miller hereby enters her appearance as attorney of record for Cheesh-Na Tribal Council and Larry Sinyon, applicants for intervention.

RESPECTFULLY SUBMITTED this 16th day of May, 2006.

*State of Alaska v. Demientieff, et al*                                                    Page 1 of 2
Entry of Appearance

/s/  Heather Kendall Miller
Heather R. Kendall-Miller (AK Bar # 9211084)
NATIVE AMERICAN RIGHTS FUND
420 L Street, Suite 505
Anchorage, Alaska 99501
Tel:  (907) 276-0680
Fax: (9F07) 276-2466
Email: kendall@narf.org

Attorney for Cheesh-Na Tribal Council
and Larry Sinyon

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 16, 2006, a copy of foregoing Applicant-Intervenors' Entry of Appearance was served electronically on

Steven A. Daugherty (steven_daugherty@law.state.ak.us)

Dean Dunsmore (Dean.Dunsmore@usdoj.gov)


/s/  Heather Kendall Miller