Heather Kendall Miller, ABA #9211084
NATIVE AMERICAN RIGHTS FUND
420 L St., Suite 505
Anchorage, Alaska 99501
(907) 276-0680

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| MITCH DEMIENTIEFF, Chairman, FEDERAL SUBSISTENCE BOARD, P. LYNN SCARLETT, Acting Secretary of the Interior, MIKE JOHANNS, Secretary of the U.S. Department of Agriculture [each in their official capacity] | ) ) ) ) ) ) ) ) ) |
| Defendants, and | ) ) |
| CHEESH-NA TRIBAL COUNCIL and LARRY SINYON | ) ) ) |
| Applicant-Intervenors. | ) ) |

Case No. 06 3:05-CV-00107 (JWS)

**UNOPPOSED MOTION
FOR INTERVENTION**

Pursuant to Fed. R. Civ. P. 24(a), applicants Cheesh-Na Tribal Council and Larry Sinyon

respectfully move the Court for leave to intervene as a defendant in the above captioned case as a

matter of right. In the alternative, pursuant to Fed. R. Civ. P. 24(b), applicants move for permission to intervene as a matter of judicial discretion.

The ground for this motion is that applicants represent Native rural Alaska residents who have a substantial interest in the outcome of the adjudication of plaintiff State of Alaska's claims, and who, should the State prevail, be directly, immediately and irreparably harmed by that result.

This motion is based on the attached memorandum in support of its motion to intervene.

Applicants have conferred telephonically with counsel for the existing parties. Undersigned counsel is authorized to state that the parties do not oppose applicants' Motion for Intervention.

RESPECTFULLY SUBMITTED this 16th day of May, 2006.

/s/ Heather Kendall Miller
Heather R. Kendall-Miller (AK Bar # 9211084)
NATIVE AMERICAN RIGHTS FUND
420 L Street, Suite 505
Anchorage, Alaska 99501
Tel: (907) 276-0680
Fax: (907) 276-2466
Email: kendall@narf.org

Attorney for Cheesh-Na Tribal Council and
Larry Sinyon

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 16, 2006, a copy of foregoing Applicant-Intervenors' Unopposed Motion for Intervention was served electronically on

Steven A. Daugherty (steven_daugherty@law.state.ak.us)

Dean Dunsmore (Dean.Dunsmore@usdoj.gov)


/s/ Heather Kendall Miller

*State of Alaska v. Demientieff, et al*                                                                 Page 2 of 2
Unopposed Motion for Intervention