IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| MITCH DEMIENTIEFF, Chairman, ) | Case No. 06 3:05-CV-00107 (JWS) |
| FEDERAL SUBSISTENCE BOARD, ) | |
| P. LYNN SCARLETT, Acting ) | |
| Secretary of the Interior, ) | |
| MIKE JOHANNS, Secretary of the U.S. ) | |
| Department of Agriculture ) | |
| [each in their official capacity] ) | |
| ) | |
| Defendants, and ) | |
| ) | |
| CHEESH-NA TRIBAL COUNCIL and ) | |
| LARRY SINYON, ) | |
| ) | |
| Applicant-Intervenors. ) | |
| ) | |

**ORDER ON MOTION FOR INTERVENTION**
(proposed)

Upon consideration of Applicant's Motion For Intervention, it is hereby

ORDERED that the motion is granted.


DATED: _____                                    _____
                                                         United States District Judge