DEAN K. DUNSMORE
U.S. Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska  99501-3657
Telephone:(907) 271-5452
Facsimile:(907) 271-5827
Email: dean.dunsmore@usdoj.gov

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA ) | |
| ) | CASE NO. 3:06-cv-00107-JWS |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | DEFENDANTS' NOTICE OF |
| MITCH DEMIENTIEFF, Chairman, ) | RELATED CASE |
| FEDERAL SUBSISTENCE BOARD, ) | |
| et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

   Defendants Mitch Demientieff, Chairman, Federal Subsistence Board; Dirk Kempthorne, Secretary of the Interior; and Mike Johanns, Secretary of Agriculture, pursuant to D. Ak. LR 40.2, give notice that this action is related to the pending action in this court: *Safari Club International et al. v. Mitch Demientieff et al.*, No, 3:98-cv-00414-HRH.

   In this action, plaintiff seeks judicial review of a determination by the Federal Subsistence Board in implementation of the Federal subsistence priority set forth in 16 U.S.C. §§ 3111-3126, that residents of Chistochina have a customary and

traditional use for the taking of moose within State Game Management Unit 12. The State appears in this action to be challenging both that determination and the procedure for arriving at that decision and in particular the extent of the Federal Subsistence Board's reliance on the recommendations of regional advisory councils required by 16 U.S.C. § 3115, and whether the recommendations were or must be supported by substantial evidence.

Among the many issues presented to the court in *Safari Club International et al.* were the proper role of the regional advisory councils and the extent of the reliance by the Federal Subsistence Board on the recommendations of the regional councils and the extent to which those recommendations must be supported by substantial evidence.

No final judgment has yet been entered in the *Safari Club International et al.* case.[1] The court has entered an order that dismissed the Safari Club International plaintiffs' specific claims regarding customary and traditional use determinations, and the proper role of regional councils in that case for want of jurisdiction for lack of standing. Order Motions for Summary Judgment (Docket Entry No. 208) filed January 16, 2004, at 22-24,

---

[1]   A Judgment in a Civil Case (Docket Entry No. 273) was filed in that case on June 20, 2006. The Government filed a Fed. R. Civ. P. Rule 59 motion to amend that judgment (Docket Entry No. 277) on June 28, 2006, which in part has shown that no proper judgment has yet been entered in that case.

33-51. Therefore, the merits of plaintiffs' challenges to customary and traditional use determinations and the proper role of regional council recommendations in that process, while briefed by the parties, was not reached by the court in that case. There does remain the possibility that those issues may resurface as plaintiffs have not yet been required to appeal from the dismissal of their claims.

The court in *Safari Club International et al.,* has recently addressed the extent of role of the regional advisory councils with respect to regulations pertaining to membership on such councils. Order Motion for Summary Judgment (Docket Entry No. 269) filed June 21, 2006, at 12-14.

Given the proceedings in *Safari Club International et al.*, and the familiarity of the judge in that proceeding with the issues raised by plaintiff in this action, defendants believe that this case could be handled with more economy, given existing

familiarity and background pertaining to then issues presented by plaintiff, if both cases were assigned to a single judge.

DATED this 10th day of July, 2006 at Anchorage, Alaska.

/s/ Dean K. Dunsmore
DEAN K. DUNSMORE
U.S. Department of Justice
Environment & Natural Resources
 Division
801 B Street, Suite 504
Anchorage, Alaska  99501-3657
Telephone:(907) 271-5452
Facsimile:(907) 271-5827
Email: dean.dunsmore@usdoj.gov

Attorney for Defendants

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of July, 2006 a copy of the foregoing DEFENDANTS' NOTICE OF RELATED CASE was served electronically to:

Steven A. Daugherty
Heather Kendall Miller

/s/ Dean K. Dunsmore
DEAN K. DUNSMORE