AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

For the **_____** District of **_____** Alaska

State of Alaska

V.

MITCH DEMIENTIEFF, Chairman,
FEDERAL SUBSISTENCE BOARD,
P. LYNN SCARLETT, Acting
Secretary of the Interior,
MIKE JOHANNS, Secretary of the U.S.
Department of Agriculture,
[each in their official capacity]

## SUMMONS IN A CIVIL ACTION

CASE NUMBER: 3:06-CV-00107 JWS

TO: (Name and address of Defendant)

Mike Johanns
Secretary, U.S. Department of Agriculture
U.S. Department of Agriculture
1400 Independence Ave. S.W.
Washington, D.C. 20250

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Steven A. Daugherty
Assistant Attorney General
Department of Law
1031 W. 4th Avenue, Suite 200
Anchorage, Alaska 99501

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

EDA ROMACK                                              May 9, 2006
_____                   _____
CLERK                                                    DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 7/5/06 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Margaret Watson | Law Office Assistant |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):
   Certified Mail, return receipt requested, restricted delivery

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   7/21/06
              Date

Signature of Server: *Margaret Watson*

1031 W. 4th Avenue, Suite 200, Anchorage, AK
*Address of Server*

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Mike Johanns
   Secretary, U.S. Department of Agriculture
   U.S. Department of Agriculture
   1400 Independence Ave. S.W.
   Room 200-A
   Washington, D.C. 20250

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X *Kwame Opal*  ☐ Agent  ☐ Addressee
B. Received by (Printed Name): Kwame hoke
C. Date of Delivery: 7/7/06
D. Is delivery address different from item 1?  ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☒ Yes

2. Article Number (Transfer from service label): 7003 2260 0001 0347 0571

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

(1) As to who may s