AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

For the **District of** Alaska

State of Alaska

V.

MITCH DEMIENTIEFF, Chairman,
FEDERAL SUBSISTENCE BOARD,
P. LYNN SCARLETT, Acting
Secretary of the Interior,
MIKE JOHANNS, Secretary of the U.S.
Department of Agriculture,
[each in their official capacity]

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 3:06-CV-00107 JWS

TO: (Name and address of Defendant)

Alberto R. Gonzales
U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Steven A. Daugherty
Assistant Attorney General
Department of Law
1031 W. 4th Avenue, Suite 200
Anchorage, Alaska 99501

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

DA ROMACK                                          May 9, 2006
_____                _____
CLERK                                              DATE

_/s/_____
(By) DEPUTY CLERK

*[Stamps: RECEIVED JUL 24 2006 CLERK U.S. DISTRICT COURT ANCHORAGE, ALASKA; RECEIVED MAY 09 2006 CLERK U.S. DISTRICT COURT ANCHORAGE, ALASKA]*

§AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE May 16, 2006 |
| NAME OF SERVER (PRINT) Margaret Watson | TITLE Law Office Assistant |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify):
Certified Mail, return receipt requested, restricted delivery

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   7/21/06
Date

Signature of Server

1031 W. 4th Avenue, Suite 200, Anchorage, AK
*Address of Server*

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Alberto R. Gonzalez
   U.S. Attorney General
   U.S. Department of Justice
   950 Pennsylvania Avenue, NW
   Washington, DC 20530-0001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                    ☐ Agent
                     ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from Item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

   MAY 18 2006

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☒ Yes

(1) As to who may serve

2. Article Number (Transfer from service label)
   7003 2260 0001 0347 0526

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540