DEAN K. DUNSMORE
U.S. Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska  99501-3657
Telephone:(907) 271-5452
Facsimile:(907) 271-5827
Email: dean.dunsmore@usdoj.gov

Attorney for Defendants


                IN THE UNITED STATES DISTRICT COURT

                   FOR THE DISTRICT OF ALASKA

STATE OF ALASKA                  )
                                 ) CASE NO. 3:06-cv-00107-HRH
          Plaintiffs,            )
                                 )
     v.                          )
                                 ) DEFENDANTS' NOTICE OF
MICHAEL FLEAGLE, Chairman,[1/]   ) FILING OF ADMINISTRATIVE
FEDERAL SUBSISTENCE BOARD,       ) RECORD
et al.                           )
                                 )
          Defendants.            )
_____)

     Defendants Michael Fleagle, Chairman, Federal Subsistence

Board; Dirk Kempthorne, Secretary of the Interior; and Mike

Johanns, Secretary of Agriculture, give notice that on this date

a copy of the Administrative Record as set forth in the

Certification of Theodore S. Matuskowitz and Administrative

Record Index (Exhibit 1 hereto) for the final decision of the

Federal Subsistence Board for Wildlife Proposal 05-21, 70 Federal

Register 36268 (June 22, 2005), and the final decision of the

_____
[1/]    Substituted pursuant to Fed. R. Civ. P. 25(d) for the former
Acting Chairman, Ron McCoy.

Case No. 3:06-cv-00107-HRH
DEFS' NOTICE FILING OF RECORD          -1-

Federal Subsistence Board for Wildlife Request for

Reconsideration 05-02 (January 17, 2006), was filed with the

Court.

　　　DATED this 6th day of September, 2006.


　　　　　　　　　　　　　/s/ Dean K. Dunsmore
　　　　　　　　　　　　　DEAN K. DUNSMORE
　　　　　　　　　　　　　U.S. Department of Justice
　　　　　　　　　　　　　Environment & Natural Resources
　　　　　　　　　　　　　 Division
　　　　　　　　　　　　　801 B Street, Suite 504
　　　　　　　　　　　　　Anchorage, Alaska  99501-3657
　　　　　　　　　　　　　Telephone:(907) 271-5452
　　　　　　　　　　　　　Facsimile:(907) 271-5827
　　　　　　　　　　　　　Email: dean.dunsmore@usdoj.gov

　　　　　　　　　　　　　Attorney for Defendants



　　　　　　　　　　CERTIFICATE OF SERVICE

　　　I HEREBY CERTIFY that on this 6th day of September, 2006, a
copy of the foregoing DEFENDANTS NOTICE OF FILING OF
ADMINISTRATIVE RECORD was served electronically to:

Steven A. Daugherty
Heather Kendall Miller

A copy of the Administrative Record was on this date mailed by
First Class Mail to the Foregoing:

Steven A. Daugherty
Heather Kendall Miller


/s/ Dean K. Dunsmore
DEAN K. DUNSMORE