# CERTIFICATION

Re: State of Alaska v. Ron McCoy, Chairman, Federal Subsistence Board, P. Lynn Scarlett, Acting Secretary of the Interior, Mike Johanns, Secretary of the U.S. Department of Agriculture. Case No. 3:06-CV-000107 (JWS)

This is to certify that the documents listed in the attached Administrative Record Index constitute true copies of the Administrative Record for the final decision of the Federal Subsistence Board for Wildlife Proposal 05-21 published as part of the Final Rule in the Federal Register, Volume 70, Number 119 (June 22, 2005), Subsistence Management Regulations for Public Lands in Alaska under provisions of Title VIII of the Alaska National Interest Lands Conservation Act (ANILCA), and the final decision of the Federal Subsistence Board for Wildlife Request for Reconsideration 05-02 (January 17, 2006).

These documents are maintained by the US Fish and Wildlife Service, Region 7, Office of Subsistence Management in Anchorage, Alaska.

Executed on this ___21___ day of August, 2006.

_____
Theodore S. Matuskowitz
Paralegal Specialist
Office of Subsistence Management

Signed before me in Anchorage AK on the 21th August 2006.
Megan L Biggerstaff
My Commission expires on 9-1-09

[Notary Seal: MEGAN BIGGERSTAFF, NOTARY PUBLIC, STATE OF ALASKA]

EXHIBIT 1
Page 1 of 5

Index for the Administrative Record for State of Alaska v. Mitch Demientieff, et al.
Case Number 3:06-CV-000107 (JWS)

Volume 1

| Tab Number | Page Number | Date | Subject | Author |
|---|---|---|---|---|
| 1 | 0001 | 22 Oct 04 | Wildlife Proposal | Cheesh-na Tribal Council |
| 2 | 003 | 22 Nov 04 | Federal Subsistence Wildlife Proposals 2005-2006 | OSM |
| 3 | 0047 | 10 Dec 04 | Public Comment on Wildlife Proposals | Ahtna, Inc. |
| 4 | 0053 | 13 Dec 04 | E-mail; Proposed Unit 12 C&T Description Change | Pat Petrivelli |
| 5 | 0055 | 04 Jan 05 | Draft Staff Analysis WP 05-21 | OSM |
| 6 | 0067 | 10 Jan 05 | E-mail; Draft Staff Analysis WP 05-21, Edits | Dan LaPlant |
| 7 | 0075 | 10 Jan 05 | E-mail; Comments on Draft Staff Analysis WP 05-21 | Barbara Cellarius |
| 8 | 0077 | 14 Jan 05 | Draft Staff Analysis WP 05-21 | OSM |
| 9 | 0085 | 21 Jan 05 | Draft Staff Analysis WP 05-21 | OSM |
| 10 | 0093 | 29 Jan 05 | E-mail; Chistochina C&T | Terry Haynes |
| 11 | 0095 | 02 Feb 05 | Draft Staff Analysis WP 05-21 | OSM |
| 12 | 0109 | 04 Feb 05 | E-mail; Chistochina C&T | Pat Petrivelli |
| 13 | 0111 | 17 Feb 05 | Public Comment on Wildlife Proposals | Wrangell-St. Elias NP Subsistence Resource Commission |
| 14 | 0113 | 02 Mar 05 | Meeting Materials; Eastern Interior Regional Advisory Council | OSM |
| 15 | 0395 | 02 Mar 05 | Transcripts; Eastern Interior Regional Advisory Council; Vol. I | Computer Matrix Court Reporters |

11 Aug 2006

1

*Index for the Administrative Record for [St]ate of Alaska v. Mitch Demientieff, et al.*
*Case Number 3:06-CV-000107 (JWS)*

| # | Bates | Date | Description | Author |
|---|---|---|---|---|
| 16 | 0481 | 02 Mar 05 | Meeting Notes, Eastern Interior Regional Advisory Council | Vince Mathews |
| 17 | 0495 | 02 Mar 05 | Eastern Interior Regional Advisory Council Action Form | Don Rivard |
| 18 | 0497 | 03 Mar 05 | Transcripts; Eastern Interior Regional Advisory Council; Vol. II | Computer Matrix Court Reporters |
| 19 | 0643 | 04 Mar 05 | Eastern Interior/Western Interior Regional Advisory Council Recommendations Summary | Vince Mathews |
| **Volume 2** | | | | |
| 20 | 0649 | 15 Mar 05 | Meeting Materials; Southcentral Regional Advisory Council | OSM |
| 21 | 0793 | 15 Mar 05 | Transcripts; Southcentral Regional Advisory Council; Vol. I | Computer Matrix Court Reporters |
| 22 | 0873 | 16 Mar 05 | Transcripts; Southcentral Regional Advisory Council; Vol. II | Computer Matrix Court Reporters |
| 23 | 1005 | 17 Mar 05 | Transcripts; Southcentral Regional Advisory Council; Vol. III | Computer Matrix Court Reporters |
| 24 | 1081 | 18 Mar 05 | E-mail; Southcentral Regional Advisory Council Recommendations | Jerry Berg |
| 25 | 1087 | 05 Apr 05 | E-mail; WP 05-21 | Terry Haynes |
| 26 | 1089 | 06 Apr 05 | E-mail; WP 05-21 | Laura Greffenius |
| 27 | 1091 | 12 Apr 05 | Meeting Materials; Interagency Staff Committee | OSM |
| **Volume 3** | | | | |
| 28 | 1473 | 14 Apr 05 | E-mail; Unit 12 C&T and Harvest Maps | Dan LaPlant |
| 29 | 1477 | 15 Apr 05 | E-mail; Unit 12 C&T and Harvest Maps | Donald Mike |
| 30 | 1479 | 15 Apr 05 | E-mail; Edits to WP 05-21 Analysis | Laura Greffenius |
| 31 | 1481 | 18 Apr 05 | E-mail; Edits to WP 05-21 Analysis | Laura Greffenius |

11 Aug 2006

2

EXHIBIT 1 Page 3 of 5

*Index for the Administrative Record for State of Alaska v. Mitch Demientieff, et al.*
*Case Number 3:06-CV-000107 (JWS)*

| # | Page | Date | Description | Source |
|---|------|------|-------------|--------|
| 32 | 1483 | 18 Apr 05 | E-mail; Draft Interagency Staff Committee Recommendations | Taylor Brelsford |
| 33 | 1487 | 02 May 05 | Talking Points WP 05-21 | Laura Greffenius |
| 34 | 1491 | 03 May 05 | Meeting Materials; Federal Subsistence Board | OSM |
| 35 | 2021 | 03 May 05 | Transcripts; Federal Subsistence Board; Vol. I | Computer Matrix Court Reporters |
| | | | Volume 4 | |
| 36 | 2163 | 04 May 05 | Transcripts; Federal Subsistence Board; Vol. II | Computer Matrix Court Reporters |
| 37 | 2267 | 05 May 05 | Log of Wildlife Proposals for 2005-2006 | OSM |
| 38 | 2271 | 13 May 05 | Federal Subsistence Board Meeting Action Summary | Larry Buklis |
| 39 | 2273 | 22 Jun 05 | Federal Register, Vol. 70, Number 119; Final Rule | OSM/NARA |
| 40 | 2369 | 01 Jul 05 | Subsistence Management regulations, Wildlife, 2005-2006 | OSM |
| 41 | 2509 | 18 Aug 05 | Request for Reconsideration | ADF&G |
| 42 | 2527 | 22 Aug 05 | E-mail; WRFR 05-01 and 02 | Larry Buklis |
| 43 | 2529 | 28 Nov 05 | Threshold Analysis WRFR 05-02 | OSM |
| 44 | 2581 | 16 Dec 05 | Threshold Analysis WRFR 05-02 | OSM |
| 45 | 2639 | 21 Dec 05 | Interagency Staff Committee Recommendation WRFR 05-02 | Interagency Staff Committee |
| 46 | 2641 | 21 Dec 05 | E-mail; WRFR 05-01 and -02 Board Polling | Larry Buklis |
| 47 | 2655 | 29 Dec 05 | E-mail; Request for Board to Meet on WRFR 05-01 and -02 | Larry Buklis |
| 48 | 2659 | 09 Jan 06 | Motions Made in Executive Session | Larry Buklis |

11 Aug 2006

3

*Index for the Administrative Record for ate of Alaska v. Mitch Demientieff, et al.*
*Case Number 3:06-CV-000107 (JWS)*

| | | | | |
|---|---|---|---|---|
| 49 | 2661 | 17 Jan 06 | Response to ADF&G on WRFR 05-02 | Mitch Demientieff |
| 50 | 2711 | No Date | Miscellaneous Documents from Pat Petrivelli's Files; Extract from "Black Binder Reference Files State C&T Determinations" | Pat Petrivelli (ADF&G Documents) |
| 51 | 2803 | No Date | Miscellaneous Documents from Pat Petrivelli's Files; Extract from NPS C&T Reference for the Copper River Basin Area and General Subsistence Use | Pat Petrivelli (NPS Documents) |
| 52 | 2811 | No Date | Miscellaneous Documents from Pat Petrivelli's Files; Reference Maps | Pat Petrivelli (OSM and BIA Maps) |
| 53 | 2821 | 1994 | Miscellaneous Documents from Laura Greffenius' Files; Report of Investigation for Pickerel Lakes | Laura Greffenius (BIA Document) |

11 Aug 2006

4

EXHIBIT 1
Page 5 of 5