DAVID W. MÁRQUEZ
ATTORNEY GENERAL

Steven A. Daugherty
Assistant Attorney General
1031 W. 4th Avenue, Suite 200
Anchorage, Alaska 99501
Ph: (907) 269-5232
Fax: (907) 279-2834
Email: steven_daugherty@law.state.ak.us

Counsel for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA, ) | |
| ) | Case No. 3:06-cv-00107-HRH |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| MICHAEL FLEAGLE Chairman, ) | |
| FEDERAL SUBSISTENCE BOARD, ) | |
| DIRK KEMPTHORNE, ) | |
| Secretary of the Interior, ) | |
| MIKE JOHANNS, Secretary of the U.S. ) | |
| Department of Agriculture, ) | |
| [each in their official capacity] ) | |
| ) | |
| Defendants. ) | **PLAINTIFF'S MOTION FOR** |
| ) | **SUMMARY JUDGMENT** |

Plaintiff, State of Alaska, moves, pursuant to Fed. R. Civ. P. 56(a) and LR 16.3 for summary judgment invalidating the Federal Subsistence Board's customary and traditional use determination for moose for residents of Chistochina, published at 70 Fed. Reg. 36268, 36274 (June 22, 2005), as arbitrary and capricious and in violation

of statute and regulation as alleged in the State's Complaint for Declaratory and Injunctive Relief in the above captioned matter. This motion is supported by the attached Memorandum in Support of Plaintiff's Motion for Summary Judgment.

RESPECTFULLY SUBMITTED this 6th day of October, 2006.

                        DAVID W. MÁRQUEZ
                        ATTORNEY GENERAL

By:   s/Steven A. Daugherty
       Steven A. Daugherty
       Assistant Attorney General
       Alaska Bar No. 9406032
       1031 W. 4th Avenue, Suite 200
       Anchorage, Alaska 99501
       Ph: (907) 269-5232
       Fax: (907) 279-2834
       Email:steven_daugherty@law.state.ak.us

Counsel for Plaintiff State of Alaska

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 6, 2006, a copy of the foregoing **Plaintiff's Motion for Summary Judgment** was served electronically on

Dean Dunsmore (dean.dunsmore@usdoj.gov)
Heather Kendall Miller (kendall@narf.org)

s/ Steven A. Daugherty