IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA


STATE OF ALASKA,                          )
                                          )
                        Plaintiff,        )
                                          )
        vs.                               )
                                          )
MICHAEL FLEAGLE, Chairman, Fed-           )
eral Subsistence Board, et al.,           )
                                          )
                        Defendants.       )
                                          )
        and                               )
                                          )
CHEESH-NA TRIBAL COUNCIL and              )
LARRY SINYON,                             )
                                          )   No. 3:06cv0107-HRH
                Defendant-Intervenors.    )
_____)


SCHEDULING &
PLANNING ORDER

        The court has received the parties' scheduling and
planning conference report.[1]

        For scheduling purposes, this case is governed by District
of Alaska Local Rule 16.3.

        The administrative record underlying this case has been
filed.[2]

_____

        [1]    Clerk's Docket No. 21.

        [2]    See Notice, Clerk's Docket No. 22.

- 1 -

The issues on appeal shall be briefed by the parties as follows:

1.    Plaintiff's opening brief has been filed.  Clerk's Docket Nos. 23 and 24, October 6, 2006.

2.    The federal defendants' opposing brief shall be due on or before November 20, 2006.

3.    The defendant-intervenors' opposing brief shall be due on or before December 5, 2006.  The defendant-intervenors shall take care to avoid unnecessary duplication of the federal defendants' briefing. An express concurrence will suffice where no new arguments or authorities are to be presented.

4.    Plaintiff's reply brief shall be due on or before December 20, 2006.

DATED at Anchorage, Alaska, this __11th__ day of October, 2006.


                                    /s/ H. Russel Holland
                                    United States District Judge