DEAN K. DUNSMORE
U.S. Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska  99501-3657
Telephone:(907) 271-5452
Facsimile:(907) 271-5827
Email: dean.dunsmore@usdoj.gov

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA ) | |
| ) | CASE NO. 3:06-cv-00107-HRH |
| Plaintiffs, ) | |
| ) | |
| v.  ) | |
| ) | DEFENDANTS' MOTION FOR |
| MICHAEL FLEAGLE, Chairman, ) | ENLARGEMENT OF TIME |
| FEDERAL SUBSISTENCE BOARD, ) | |
| et al. ) | |
| ) | |
| Defendants. ) | |

Defendants Michael Fleagle, Chairman, Federal Subsistence Board; Dirk Kempthorne, Secretary of the Interior; and Mike Johanns, Secretary of Agriculture, move the court for an order granting them an enlargement of time of thirty days from November 20, 2006, to and including December 20, 2006, in which to file their brief in response to the Plaintiff's Motion for Summary Judgment (Docket Entry No. 23) and Memorandum in Support of Plaintiff's Motion for Summary Judgment (Docket Entry No. 24), and moving the corresponding dates for the filing of defendant-intervenors' opposing brief to January 10, 2007, and plaintiff's

reply brief to February 9, 2007.

In support of the above motion the defendants show:

1. Pursuant to the Order (Docket Entry No. 25) filed October 11, 2006, defendants' opposing brief is due to be filed on November 20, 2006.

2. Since the filing of plaintiff's motion and memorandum, undersigned counsel has been required to devote his time to other priority matters including consulting with the client agency and preparing the answer also due on November 13, 2006, in *Ninilchik Traditional Counsel et al. v. Michael R. Fleagle et al.*, No. 3:06-cv-00213-HRH, setting forth claims regarding requests for a Federal subsistence fishery on the Kenai Peninsula, and preparing and filing a motion for partial judgment in the pleadings in that case seeking dismissal of two of the three claims for relief presented in that case, and consulting and negotiating with opposing counsel regarding the preparation of report and memorandum for filing with this court in response to the limited remand ordered in *United States v. 191.07 Acres of Land*, (9th Cir. No. 04-35131).

3. Counsel for the plaintiff and the defendant-intervenors have authorized defendants to represent that they have no objection to defendants' requested enlargement of time. Defendants have proposed to move the dates for the briefs of the other parties based on the original schedule, modified in part to

reflect disruptions associated with the holiday season.

DATED this 20th day of November 2006.

/s/ Dean K. Dunsmore
DEAN K. DUNSMORE
U.S. Department of Justice
Environment & Natural Resources
 Division
801 B Street, Suite 504
Anchorage, Alaska  99501-3657
Telephone:(907) 271-5452
Facsimile:(907) 271-5827
Email: dean.dunsmore@usdoj.gov

Attorney for Defendants

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of November 2006 a copy of the foregoing was served electronically to:

Steven A. Daugherty
Heather Kendall Miller


/s/ Dean K. Dunsmore
DEAN K. DUNSMORE