IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

```
STATE OF ALASKA,                      )
                                      )
                    Plaintiff,        )
                                      )
     vs.                              )
                                      )
MICHAEL R. FLEAGLE, Chairman,         )
Federal Subsistence Board, et al.,    )
                                      )
                    Defendants.       )
                                      )
     and                              )
                                      )
CHEESH-NA TRIBAL COUNCIL, et al.,     )
                                      )   No.  3:06-cv-0107-HRH
             Defendant-Intervenors.   )
_____)
```

O R D E R

Motion for Enlargement of Time[1]

IT IS HEREBY ORDERED that defendants' motion for enlargement of time, filed November 20, 2006, is granted, and that defendants shall have to and including December 20, 2006, in which to file their brief in response to plaintiff's motion for summary judgment[2] and memorandum in support of motion for summary judgment.[3]

---

    [1]    Clerk's Docket No. 26.

    [2]    Clerk's Docket No. 23.

    [3]    Clerk's Docket No. 24.

IT IS FURTHER ORDERED that the brief of defendant-intervenors is due January 10, 2007, and the reply brief of plaintiffs is due February 9, 2007.

DATED at Anchorage, Alaska, this <u>21st</u> day of November, 2006.

<u>/s/ H. Russel Holland</u>
United States District Judge
