DEAN K. DUNSMORE
U.S. Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska  99501-3657
Telephone:(907) 271-5452
Facsimile:(907) 271-5827
Email: dean.dunsmore@usdoj.gov

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA | ) |
| | ) CASE NO. 3:06-cv-00107-HRH |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) DEFENDANTS' MOTION FOR |
| MICHAEL FLEAGLE, Chairman, | ) ENLARGEMENT OF TIME |
| FEDERAL SUBSISTENCE BOARD, | ) |
| et al. | ) |
| | ) |
| Defendants. | ) |
| | ) |

Defendants Michael Fleagle, Chairman, Federal Subsistence
Board; Dirk Kempthorne, Secretary of the Interior; and Mike
Johanns, Secretary of Agriculture, move the court for an order
granting them an enlargement of time from December 20, 2006, to
and including January 22, 2007, in which to file their brief in
response to the Plaintiff's Motion for Summary Judgment (Docket
Entry No. 23) and Memorandum in Support of Plaintiff's Motion for
Summary Judgment (Docket Entry No. 24), and moving the
corresponding dates for the filing of defendant-intervenors'

opposing brief to February 23, 2007, and plaintiff's reply brief to March 16, 2007.

In support of the above motion the defendants show:

1. Pursuant to the Order (Docket Entry No. 27) filed November 21, 2006, defendants' opposing brief is due to be filed on December 20, 2006.

2. Since the entry of the Order (Docket Entry No. 27), undersigned counsel has been required to devote his time to other priority matters including matters raised by a motion for temporary restraining order/preliminary injunction that was filed before this court in *Bering Strait Citizens et al v. U.S. Army Corps of Engineers et al.*, No. 3:06-cv-00262-RRB, and the reply brief for the United States on the waters process issues presented by the State in *Katie John et al v. United States, et al.*, No. 3:05-cv-00006-HRH (D. Alaska).

3. Defendants also propose to move the dates for the briefs of the other parties based on the original schedule.

4.  The Intervenors have authorized defendants to represent that they do not opposed this motion.

DATED this 20th day of December, 2006.

/s/ Dean K. Dunsmore
DEAN K. DUNSMORE
U.S. Department of Justice
Environment & Natural Resources
 Division
801 B Street, Suite 504

Anchorage, Alaska  99501-3657
Telephone:(907) 271-5452
Facsimile:(907) 271-5827
Email: dean.dunsmore@usdoj.gov

Attorney for Defendants

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 20th day of December, 2006, a
copy of the foregoing DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME
along with a Proposed Order were served electronically to:

Steven A. Daugherty
Heather Kendall Miller


/s/ Dean K. Dunsmore
DEAN K. DUNSMORE

State of Alaska v. Fleagle, et al.
Case No. 3:06-cv-00107-HRH
DEFS' MOTION FOR ENLG'T TIME
    -3-