DEAN K. DUNSMORE
U.S. Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska  99501-3657
Telephone:(907) 271-5452
Facsimile:(907) 271-5827
Email: dean.dunsmore@usdoj.gov

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA | ) |
| | ) CASE NO. 3:06-cv-00107-HRH |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) PROPOSED ORDER |
| MICHAEL FLEAGLE, Chairman, | ) |
| FEDERAL SUBSISTENCE BOARD, | ) |
| et al. | ) |
| | ) |
| Defendants. | ) |
| | ) |

   IT IS HEREBY ORDERED THAT Defendants Motion for Enlargement of Time filed December 20, 2006, is granted and that defendants are granted an enlargement of time to and including January 22, 2007, in which to file their brief in response to the Plaintiff's Motion for Summary Judgment (Docket Entry No. 23) and Memorandum in Support of Plaintiff's Motion for Summary Judgment (Docket Entry No. 24).

   IT IS FURTHER ORDERED THAT: the brief of the defendant-

intervenors shall now be due February 23, 2007, and the reply brief of the plaintiff shall be due March 16, 2007.

Dated this ____ day of _____ 2006.

```
                              _____
                                   H. RUSSEL HOLLAND
                              United States District Judge
```