IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

```
STATE OF ALASKA,                      )
                                      )
                     Plaintiff,       )
                                      )
   vs.                                )
                                      )
MICHAEL R. FLEAGLE, Chairman,         )
Federal Subsistence Board, et al.,    )
                                      )
                     Defendants.      )
                                      )
   and                                )
                                      )
CHEESH-NA TRIBAL COUNCIL, et al.,     )
                                      )    No. 3:06-cv-0107-HRH
          Defendant-Intervenors.      )
_____)
```

O R D E R

Motion for Enlargement of Time[1]

IT IS HEREBY ORDERED that defendants' motion for enlargement of time, filed December 20, 2006, is granted and that defendants are granted an enlargement of time to and including January 22, 2007, in which to file their brief in response to the plaintiff's motion for summary judgment[2] and memorandum in support of plaintiff's motion for summary judgment.[3]

---

[1]   Clerk's Docket No. 28.

[2]   Clerk's Docket No. 23.

[3]   Clerk's Docket No. 24.

- 1 -

IT IS FURTHER ORDERED that the brief of the defendant-intervenors shall now be due February 23, 2007, and the reply brief of the plaintiff shall be due March 16, 2007.

DATED at Anchorage, Alaska, this <u>5th</u> day of January, 2007.

<u>/s/ H. Russel Holland</u>
United States District Judge
