DEAN K. DUNSMORE
U.S. Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska  99501-3657
Telephone:(907) 271-5452
Facsimile:(907) 271-5827
Email: dean.dunsmore@usdoj.gov

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA ) | |
| ) | CASE NO. 3:06-cv-00107-HRH |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | DEFENDANTS' MOTION FOR |
| MICHAEL FLEAGLE, Chairman, ) | ENLARGEMENT OF TIME |
| FEDERAL SUBSISTENCE BOARD, ) | |
| et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

    Defendants Michael Fleagle, Chairman, Federal Subsistence Board; Dirk Kempthorne, Secretary of the Interior; and Mike Johanns, Secretary of Agriculture, move the court for an order granting them an enlargement of time of two days from January 22, 2007, to and including January 24, 2007, in which to file their brief in response to the Plaintiff's Motion for Summary Judgment (Docket Entry No. 23) and Memorandum in Support of Plaintiff's Motion for Summary Judgment (Docket Entry No. 24).

    In support of the above motion the defendants show:

    1. Pursuant to the Order (Docket Entry No. 27) filed January

5, 2007, defendants' opposing brief is due to be filed on January 22, 2007.

    2. A draft brief has been prepared. The client agencies, however, need limited additional time to review that brief.

    3. As the additional time sought in this motion is very limited, defendants are not also proposing to move the dates for the subsequent briefs in this case. If the plaintiff or defendant-intervenors need additional time for their briefs as a result of this motion, defendants will not oppose any such requests.

    DATED this 22nd day of January, 2007.

    /s/ Dean K. Dunsmore
DEAN K. DUNSMORE
U.S. Department of Justice
Environment & Natural Resources
 Division
801 B Street, Suite 504
Anchorage, Alaska  99501-3657
Telephone:(907) 271-5452
Facsimile:(907) 271-5827
Email: dean.dunsmore@usdoj.gov

Attorney for Defendants

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 22nd day of January, 2007, a copy of the foregoing DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME and a proposed ORDER were served electronically to:

Steven A. Daugherty
Heather Kendall Miller


/s/ Dean K. Dunsmore
DEAN K. DUNSMORE