DEAN K. DUNSMORE
U.S. Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska  99501-3657
Telephone:(907) 271-5452
Facsimile:(907) 271-5827
Email: dean.dunsmore@usdoj.gov

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA ) | |
| ) | CASE NO. 3:06-cv-00107-HRH |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | PROPOSED ORDER |
| MICHAEL FLEAGLE, Chairman, ) | |
| FEDERAL SUBSISTENCE BOARD, ) | |
| et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

    IT IS HEREBY ORDERED THAT Defendants Motion for Enlargement of Time filed January 22, 2007, is granted and that defendants are granted an enlargement of time to and including January 24, 2007, in which to file their brief in response to the Plaintiff's Motion for Summary Judgment (Docket Entry No. 23) and Memorandum

n Support of Plaintiff's Motion for Summary Judgment (Docket Entry No. 24).

Dated this ____ day of _____ 2007.

_____
H. RUSSEL HOLLAND
United States District Judge