IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

```
STATE OF ALASKA,                    )
                                    )
                    Plaintiff,      )
     vs.                            )
                                    )
MICHAEL R. FLEAGLE, Chairman,       )
Federal Subsistence Board, et al., )
                                    )
                    Defendants.     )
                                    )
     and                            )
                                    )
CHEESH-NA TRIBAL COUNCIL, et al.,   )
                                    )     No. 3:06-cv-0107-HRH
          Defendant-Intervenors.    )
_____ )
```

O R D E R

Motion for Enlargement of Time[1]

IT IS HEREBY ORDERED that defendants' motion for enlargement of time, filed January 22, 2007, is granted and that defendants are granted an enlargement of time to and including January 24, 2007, in which to file their brief in response to the plaintiff's motion for summary judgment[2] and memorandum in support of plaintiff's motion for summary judgment.[3]

DATED at Anchorage, Alaska, this 23rd day of January, 2007.

/s/ H. Russel Holland
United States District Judge

---

[1]   Clerk's Docket No. 30.

[2]   Clerk's Docket No. 23.

[3]   Clerk's Docket No. 24.

- 1 -