TABLE OF EXHIBITS
State of Alaska v. Michael Fleagle, et al.
Case No. 3:06-CV-00107 (HRH)

| EXHIBIT | DOCUMENT |
|---|---|
| 1 | GMU 11 Map. |
| 2 | GMU 12 Map. |
| 3 | GMU 13 Map. |
| 4 | *Safari Club International, et al. v. Mitch Demientieff, et al.* Case No. A98-0414-CV, Order of August 8, 2006, excerpt. |
| 5 | *Safari Club International, et al. v. Mitch Demientieff, et al.* Case No. A98-0414-CV, Order of February 27, 2001. |