

# Unit 11
## Southcentral Region
### Wrangell Mountains - Chitina River