

Unit 12 — Upper Tanana – White River
Eastern Interior Region

Unit 12 MAP / Hunting

2005–2006 Federal Subsistence Wildlife Regulations — 59

EXHIBIT 2, Page 1 of 1