

Unit 13 — Nelchina-Upper Susitna
Southcentral Region

2005 – 2006 Federal Subsistence Wildlife Regulations    63

Unit 13 MAP / Hunting

Federal Public Lands Open to Subsistence Use:
- FWS Administered Land
- NPS Administered Parks
- NPS Administered Preserves
- BLM Administered Land
- USFS Administered Land
- Closed to Subsistence
- Special Management & Controlled Use Areas
- Unit Boundary
- Sub-Unit Boundaries
- Roads

EXHIBIT 3
Page 1 of 1