Heather Kendall Miller
NATIVE AMERICAN RIGHTS FUND
420 L St., Suite 505
Anchorage, Alaska 99501
(907) 276-0680
kendall@narf.org

Counsel for Defendant-Intervenors

IN THE UNITED STATES DISTRICT COURT<br>
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| MICHAEL FLEAGLE, Chairman, ) | Case No. 3:06-CV-00107 (HRH) |
| FEDERAL SUBSISTENCE BOARD, ) | |
| et al. ) | |
| ) | |
| Defendants, and ) | |
| ) | |
| CHEESH-NA TRIBAL COUNCIL and ) | |
| LARRY SINYON, ) | |
| ) | |
| Defendant-Intervenors. ) | |
| ) | |

**BRIEF OF DEFENDANT-INTERVENORS**

Defendant-Intervenors Cheesh-na Tribal Council and Larry Sinyon concur in the

arguments set forth in the brief of the United States (Dkt. Ent. No. 32), and request that this

Court enter judgement dismissing this action for lack of jurisdiction.  Alternatively, judgment

should be entered in this case sustaining the June 2005 customary and traditional use

determination for moose by residents of Chistochina in GMU 12 and dismissing this action with

prejudice.

RESPECTFULLY SUBMITTED this 31st day of January, 2007.

s/ Heather Kendall Miller
Heather R. Kendall-Miller (AK Bar # 9211084)
NATIVE AMERICAN RIGHTS FUND
420 L Street, Suite 505
Anchorage, Alaska 99501
Tel:  (907) 276-0680
Fax: (907) 276-2466
Email: kendall@narf.org

Attorney for Cheesh-Na Tribal Council
and Larry Sinyon

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 31, 2007, a copy of the Brief of Defendant-Intervenors was served electronically on

Steven A. Daugherty (steven_daugherty@law.state.ak.us)

Dean Dunsmore (Dean.Dunsmore@usdoj.gov)


s/ Heather Kendall Miller