TALIS J. COLBERG
ATTORNEY GENERAL

Steven A. Daugherty
Assistant Attorney General
1031 W. 4th Avenue, Suite 200
Anchorage, Alaska 99501
Ph: (907) 269-5257
Fax: (907) 279-2834
Email: steven_daugherty@law.state.ak.us

Counsel for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA, ) | |
| ) | Case No. 3:06-cv-00107-HRH |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| MICHAEL FLEAGLE Chairman, ) | |
| FEDERAL SUBSISTENCE BOARD, ) | |
| et. al. ) | PLAINTIFF'S UNOPPOSED MOTION |
| ) | FOR ENLARGEMENT OF TIME |
| Defendants. ) | |
| ) | |

      Plaintiff, State of Alaska hereby moves the court for an order granting it an enlargement of time from March 16, 2007 to and including April 4, 2007, in which to file its reply to the Brief of Defendants and Brief of Defendant-Intervenors (Docket 32 & 33) in opposition to Plaintiff's motion for summary judgment.

      In support of the above motion the Plaintiff's Counsel shows and asserts:

      1.    Pursuant to the Order (Docket 29) filed January 5, 2007, Plaintiff's reply brief is now due to be filed on March 16, 2007.

2. Plaintiff's Counsel has been fighting sinus infections and colds for most of the past month, and although these conditions have not prevented him from working they have prevented him from working his normal extended hours and have greatly reduced his ability to focus.

3. Plaintiff's Counsel is also responsible for regulatory, legislative, and day-to-day aid to agency advice, and these matters, particularly state legislative issues affecting the Department of Fish and Game and the Alaska Board of Fisheries and aid to agency advice regarding development of responses to federal regulatory proposals for the Kenai Peninsula and for the listing of the Polar Bear under the Endangered Species Act have required a great deal of attention in the past few weeks.

4. Defendants and Defendant-Intervenors have authorized the Plaintiff to represent that they do not oppose this motion.

RESPECTFULLY SUBMITTED this 15th day of March, 2007.

TALIS J. COLBERG
ATTORNEY GENERAL

By: s/Steven A. Daugherty
Steven A. Daugherty
Assistant Attorney General
Alaska Bar No. 9406032
1031 W. 4th Avenue, Suite 200
Anchorage, Alaska 99501
Ph: (907) 269-5232
Fax: (907) 279-2834
Email:steven_daugherty@law.state.ak.us

Counsel for Plaintiff State of Alaska

*State of Alaska v. Fleagle*, et al.
Case No. 3:06-cv-00107-HRH
Pl.'s Unopposed Mot. for Enlargement of Time    PAGE 2 of 3

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 15, 2007, a copy of the foregoing **Plaintiff's Unopposed Motion for Enlargement of Time** was served electronically on

Dean Dunsmore (dean.dunsmore@usdoj.gov)
Heather Kendall Miller (kendall@narf.org)


s/Steven A. Daugherty
Steven A. Daugherty

*State of Alaska v. Fleagle*, et al.
Case No. 3:06-cv-00107-HRH
Pl.'s Unopposed Mot. for Enlargement of Time                                              PAGE 3 of 3