TALIS J. COLBERG
ATTORNEY GENERAL

Steven A. Daugherty
Assistant Attorney General
1031 W. 4th Avenue, Suite 200
Anchorage, Alaska 99501
Ph: (907) 269-5257
Fax: (907) 279-2834
Email: steven_daugherty@law.state.ak.us

Counsel for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA, ) | |
| ) | Case No. 3:06-cv-00107-HRH |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | PROPOSED ORDER |
| MICHAEL FLEAGLE Chairman, ) | |
| FEDERAL SUBSISTENCE BOARD, ) | |
| et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

IT IS HEREBY ORDERED THAT Plaintiff's Motion for an Enlargement of

Time, filed March 15, 2007, is granted and that the plaintiff is granted an enlargement of

time to and including April 4, 2007, in which to file its reply to the Brief of Defendants

and the Brief of Defendant-Intervenors (Docket entry numbers 32 & 33) in opposition to

Plaintiff's motion for summary judgment.

Dated this _____ day of _____, 2007.


_____
H. RUSSEL HOLLAND
United States District Judge