IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

```
STATE OF ALASKA,                    )
                                    )
                Plaintiff,          )
                                    )
    vs.                             )
                                    )
MICHAEL R. FLEAGLE, Chairman,       )
Federal Subsistence Board, et al., )
                                    )
                Defendants.         )
                                    )
    and                             )
                                    )
CHEESH-NA TRIBAL COUNCIL, et al.,   )
                                    )   No. 3:06-cv-0107-HRH
        Defendant-Intervenors.      )
_____)
```

O R D E R

Motion for Enlargement of Time[1]

IT IS HEREBY ORDERED that plaintiff's motion for enlargement of time, filed March 15, 2007, is granted and that plaintiff is granted an enlargement of time to and including April 4, 2007, in which to file its reply to the brief of defendants and the brief of defendant-intervenors[2] in opposition to plaintiff's motion for summary judgment.

DATED at Anchorage, Alaska, this <u>16th</u> day of March, 2007.

/s/ H. Russel Holland
United States District Judge

---

[1]Docket No. 34.

[2]Docket Nos. 32 & 33.