TALIS J. COLBERG
ATTORNEY GENERAL

Steven A. Daugherty
Assistant Attorney General
1031 W. 4th Avenue, Suite 200
Anchorage, Alaska 99501
Ph: (907) 269-5257
Fax: (907) 279-2834
Email: steven_daugherty@law.state.ak.us

Counsel for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA, ) | |
| ) | Case No. 3:06-cv-00107-HRH |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| MICHAEL FLEAGLE Chairman, ) | |
| FEDERAL SUBSISTENCE BOARD, ) | |
| et. al. ) | PLAINTIFF'S UNOPPOSED MOTION |
| ) | TO FILE OVER LENGTH REPLY |
| Defendants. ) | |

Plaintiff, State of Alaska hereby moves the court for Leave to File an Over Length Reply, a copy of which is lodged as an Exhibit hereto. The State of Alaska seeks to file a 28 page Reply in excess of the 25 page limit, exclusive of tables and exhibits. Because of the need to dedicate a substantial portion of the Reply to countering standing arguments raised by the Defendants, the State is unable to comply with the 25 page limit without reducing legibility and losing some

substance.[1]

Counsel for the State has conferred with counsel for other parties, and they do not oppose this request.

RESPECTFULLY SUBMITTED this 4th day of April, 2007.

TALIS J. COLBERG
ATTORNEY GENERAL

By:   s/Steven A. Daugherty
      Steven A. Daugherty
      Assistant Attorney General
      Alaska Bar No. 9406032
      1031 W. 4th Avenue, Suite 200
      Anchorage, Alaska 99501
      Ph: (907) 269-5257
      Fax: (907) 279-2834
      Email:steven_daugherty@law.state.ak.us

      Counsel for Plaintiff State of Alaska

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 4, 2007, a copy of the foregoing **Plaintiff's Unopposed Motion To File Over Length Reply** was served electronically on

Dean Dunsmore (dean.dunsmore@usdoj.gov)
Heather Kendall Miller (kendall@narf.org)


s/Steven A. Daugherty
Steven A. Daugherty

---

[1]   The 28 page proposed reply maintains use of double spacing and the same 12 point font in both text and footnotes.

*State of Alaska v. Fleagle*, et al.
Case No. 3:06-cv-00107-HRH
Pl.'s Unopposed Mot. to File Over Length Reply                                              PAGE 2 of 2