

Hunting Areas Used by Chistochina Residents, 1964-1984      Ref: ADF&G, 1985

And Proposed C&T Area

N

GMU Boundary

Proposed C&T Boundary

Moose and Caribou Hunting Areas, 1964-1984

0   5  10      20        30
                              Miles

**Exhibit A**

**Page 1 of 1**