

Exhibit B
Page 1 of 1