

# MOOSE

## Federal Subsistence Hunt Boundaries
### 2005 - 2006
### GMU 12

**Legend**

- GMU 12
- Federal Lands
- Overlapping Hunts
- C & T Boundary

Map does not include smaller parcels of federal lands, nor does it include native allotments.

40 Miles
0  10  20

**1**

Unit 12 -- That portion within the Tetlin NWR and those lands within the Wrangell-St. Elias National Preserve north and east of a line formed by the Pickerel Lake Winter Trail from the Canadian border to the southern boundary of the Tetlin NWR.

Season: Aug. 24 - Aug. 28
Sept. 8 - Sept. 17
Nov. 20 - Nov. 30

Bag Limit: One antlered bull

Exhibit C
Page 11 of 14

**2**

Unit 12 -- That portion lying east of the Nabesna River, east of the Nabesna Glacier, and south of the Winter Trail running south-east from Pickerel Lake to the Canadian border.

Season: Aug. 24 - Sept. 30

Bag Limit: One antlered bull

Attachment 1
Page 1 of 1

**3**

Unit 12 -- Remainder

Season: Aug. 15 - Aug. 28
Sept. 1 - Sept. 30

Bag Limit: One antlered bull; however, during Aug. 15 - Aug. 28 season, only bulls with spike fork antlers may be taken.

3/2/2007



MOOSE

State General Hunt Boundaries
2005 - 2006
GMU 12

**Legend**

GMU 12

Federal Lands

Map does not include smaller parcels of federal lands, nor does it include native allotments.

0    10    20    40 Miles

**1**
Unit 12 -- That portion drained by the Little Tok River upstream from and including the first eastern tributary from the headwaters of Tuck Creek.

Residents
Aug. 24 - Aug. 28
One bull with spike-fork or 50-inch antlers or antlers with 4 or more brow times on at least one side
or
Sept. 8 - Sept. 17
One bull

Exhibit C
Page 12 of 14

**2**
Unit 12 -- East of the Nabesna River and south of the winter trail running southeast from Pickerel Lake to the Canadian border.

Sept. 1 - Sept. 30
One bull with 50-inch antlers or antlers with 4 or more brow times on at least one side

Attachment 2
Page 1 of 1

**3**
Unit 12 -- Remainder of Unit 12

Residents
Aug. 24 - Aug. 28
One bull
or
Sept. 8 - Sept. 17
One bull

Tanacross

Tok

Tetlin

Northway

3/2/2007





State General Hunt Boundaries
2006 - 2007
GMU 12

MOOSE

**Legend**

GMU 12

Federal Lands

Map does not include smaller parcels of federal lands, nor does it include native allotments.

0   10   20   40 Miles

3/2/2007

**1** — Unit 12 -- That portion in the Tok River drainage upstream from the Tok Cutoff Bridge.

Residents
Aug. 24 - Aug. 28
One bull with spike-fork or 50-inch antlers or antlers with 4 or more brow tines on at least one side
or
Sept. 8 - Sept. 17
One bull with spike-fork or 50-inch antlers or antlers with 4 or more brow tines on at least one side

Exhibit C
Page 14 of 14

**2** — Unit 12 -- East of the Nabesna River and south of the winter trail running southeast from Pickerel Lake to the Canadian border.

Sept. 1 - Sept. 30
One bull with 50-inch antlers or antlers with 4 or more brow tines on at least one side

Attachment 4
Page 1 of 1

**3** — Unit 12 -- Remainder of Unit 12

Residents
Aug. 24 - Aug. 28
One bull
or
Sept. 8 - Sept. 17
One bull