**Table of Exhibits:**

| Exhibit | Description: |
|---|---|
| A | Hunting Areas Used by Chistochina Residents 1964-1984 and Proposed C&T Area (view of larger area)<br>Record Tab 41, 2524 |
| B | Hunting Areas Used by Chistochina Residents 1964-1984 and Proposed C&T Area (closer view of area)<br>Record Tab 41, 2525 |
| C | Affidavit of Matthew H. Robus |
| D | Affidavit of Lt. Gary Folger |
| E | Excerpt of Amended Order Filed August 8, 2006<br>Safari Club International v. Demientieff, et al.<br>No. 3:98cv0414-HRH |
| F | Excerpt of Federal Subsistence Management Program Technical Writing Guide 2005 |