TALIS J. COLBERG
ATTORNEY GENERAL

Steven A. Daugherty
Assistant Attorney General
1031 W. 4th Avenue, Suite 200
Anchorage, Alaska 99501
Ph: (907) 269-5257
Fax: (907) 279-2834
Email: steven_daugherty@law.state.ak.us

Counsel for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA, ) | |
| ) | Case No. 3:06-cv-00107-HRH |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | PROPOSED ORDER |
| MICHAEL FLEAGLE Chairman, ) | |
| FEDERAL SUBSISTENCE BOARD, ) | |
| et al. ) | |
| ) | |
| Defendants. ) | |

IT IS HEREBY ORDERED THAT Plaintiff's Motion for Leave to File an Over Length Reply, filed April 4, 2007, is GRANTED and that the Plaintiff shall file the reply lodged with that motion as soon as possible after receipt of this Order.

Dated this _____ day of _____, 2007.

_____
H. RUSSEL HOLLAND
United States District Judge