TALIS J. COLBERG
ATTORNEY GENERAL

Steven A. Daugherty
Assistant Attorney General
1031 W. 4th Avenue, Suite 200
Anchorage, Alaska 99501
Ph: (907) 269-5257
Fax: (907) 279-2834
Email: steven_daugherty@law.state.ak.us

Counsel for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA, ) | |
| ) | Case No. 3:06-cv-00107-HRH |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | ERRATA |
| MICHAEL FLEAGLE Chairman, ) | |
| FEDERAL SUBSISTENCE BOARD, ) | |
| et al. ) | |
| ) | |
| Defendants. ) | |

On April 4, 2007, the State filed "Plaintiff's Motion for Leave to File an Over Length Reply." During the electronic filing process, instead of attaching the [Proposed] Plaintiff's Reply to the Motion, a second copy of the Motion itself was inadvertently attached instead. Exhibits to the Reply (Exhibits A-F) were attached to the Motion as planned. Attached hereto is the Proposed Plaintiff's Reply to Defendants' Briefs Responding to Plaintiff's Motion for Summary Judgment without the attachments which were filed previously.

RESPECTFULLY SUBMITTED this 4th day of April, 2007.

        TALIS J. COLBERG
        ATTORNEY GENERAL

By:   s/Steven A. Daugherty
      Steven A. Daugherty
      Assistant Attorney General
      Alaska Bar No. 9406032
      1031 W. 4th Avenue, Suite 200
      Anchorage, Alaska 99501
      Ph: (907) 269-5257
      Fax: (907) 279-2834
      Email:steven_daugherty@law.state.ak.us

      Counsel for Plaintiff State of Alaska

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 4, 2007, a copy of the foregoing **Errata** was served electronically on

    Dean Dunsmore (dean.dunsmore@usdoj.gov)
    Heather Kendall Miller (kendall@narf.org)


s/Steven A. Daugherty
Steven A. Daugherty