- 1 -

**MINUTES OF THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

<u>STATE OF ALASKA</u>　　　　　　　　　v.　<u>MICHAEL R. FLEAGLE</u>

THE HONORABLE H. RUSSEL HOLLAND　　　CASE NO. <u>  3:06-cv-0107-HRH  </u>

<u>Deputy Clerk</u>　　　　　　　　　　<u>Official Recorder</u>

_____　　　_____

APPEARANCES:　for PLAINTIFF:　----

　　　　　　　for DEFENDANT:　----

PROCEEDINGS:　**ORDER FROM CHAMBERS**

IT IS HEREBY ORDERED that plaintiff's motion for leave to file an overlength reply, filed April 4, 2007 (Clerk's Docket No. 36), is granted, and that plaintiff shall file the reply lodged with that motion as soon as possible after receipt of this order.

- 1 -