

Hunting Areas Used by Chistochina Residents, 1964-1984     Ref: ADF&G, 1985
And Proposed C&T Area

Legend:
- GMU Boundary
- Proposed C&T Boundary
- Moose and Caribou Hunting Areas, 1964-1984

Exhibit A
Page 1 of 1