





MOOSE

Federal Subsistence Hunt Boundaries
2006 - 2007
GMU 12

**1** Unit 12 -- That portion within the Tetlin National Wildlife Refuge and those lands within the Wrangell-St. Elias National Preserve north and east of a line formed by the Pickerel Lake Winter Trail from the Canadian border to Pickerel Lake.

Season: Aug. 24 - Aug. 28
Sept. 8 - Sept. 17
Nov. 20 - Nov. 30

Bag Limit: One antlered bull

**2** Unit 12 -- That portion east of the Nabesna River, and the Nabesna Glacier, and south of the Winter Trail running southeast from Pickerel Lake to the Canadian border.

Season: Aug. 24 - Sept 30

Bag Limit: One antlered bull

**3** Unit 12 -- Remainder

Season: Aug. 15 - Aug. 28
Sept. 1 - Sept. 17

Bag Limit: One antlered bull; however, during Aug. 15 - Aug. 23 season, only bulls with spike fork antlers may be taken

Legend:
- GMU 12
- Federal Lands
- Overlapping Hunts
- C & T Boundary

Map does not include smaller parcels of federal lands, nor does it include native allotments.

Exhibit C
Page 13 of 14

Attachment 3
Page 1 of 1

