

Exhibit F
Page 1 of 2

ADF&G, USFWS, USFS, and BLM as part of their management programs. These data provide annual estimates of the harvest of certain fish and wildlife species. They are useful in tracking reported harvest of resources such as salmon, brown and black bear, deer, moose, goat, caribou, sheep and muskox. However, because many rural residents do not participate in the voluntary or mandatory reporting, these data may not accurately report the actual harvests of rural communities. This problem may be most acute with certain species and certain areas of the state where seasons, harvest limits, and reporting requirements are not reflective of local subsistence harvest and use practices. Another limitation of this source is that a small number of communities or areas don't have post offices. In these cases these communities are lumped with communities that have post offices, resulting in grouping or "lumping" of the data.

*Nonpublished sources*: Nonpublished sources of information on C&T use includes testimony presented and discussion occurring at regional advisory council meetings, as well as information provided by knowledgeable individuals, management professionals, and others. These sources need to be cited appropriately in the analysis.

18. **Do C&T analyses only describe use by Alaska Natives?**

No. As described in ANILCA, *rural Alaska residents*, both Native and non-Native, have priority for C&T uses, not only Alaska Natives.

19. **Are C&T analyses prepared if there are no Federal public lands or waters?**

No, the proposal would not be accepted. A letter is sent by the regulations specialist to the proponent with an explanation why the proposal was not accepted.

20. **Is it appropriate to recommend approval of a C&T if the use is not on Federal public lands or waters?**

No, the C&T analysis would not recommend a positive determination if the C&T analysis determines that the use is not on Federal public lands or waters.

21. **Do C&T analyses address subsistence needs?**

No. Subsistence needs are not part of the C&T use determination analyses. C&T analyses address customary and traditional uses, not need.

22. **Do C&T analyses address subsistence use amounts?**

No. Neither subsistence use amounts nor amounts necessary for subsistence are part of the C&T use determination analyses. C&T analyses address customary and traditional uses from a traditional and historical perspective rather than a volumetric perspective. That said, the historic data gathered as part of an analysis of amounts necessary for subsistence may be useful in helping to illustrate a pattern of customary and traditional use.

23. **Does the status of the wildlife population or fish stock affect C&T determinations?**

No. C&T determinations only address *uses* of the wildlife population or fish stock; the status of the population or stock is not relevant in the context of C&T determinations. The status of wildlife populations and fish stocks are important only when addressing proposals to regulate harvest limits, seasons, methods and means.

24. **Does the number of people or communities eligible to harvest a resource affect the C&T determination?**

No. The number of communities and/or the number of people eligible to harvest the resource should not be considered in a C&T analysis. If