TALIS J. COLBERG
ATTORNEY GENERAL

Steven A. Daugherty
Assistant Attorney General
1031 W. 4th Avenue, Suite 200
Anchorage, Alaska 99501
Ph: (907) 269-5257
Fax: (907) 279-2834
Email: steven_daugherty@law.state.ak.us

Counsel for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA, ) | |
| ) | Case No. 3:06-cv-00107-HRH |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| MICHAEL FLEAGLE Chairman, ) | |
| FEDERAL SUBSISTENCE BOARD, ) | |
| et. al. ) | NOTICE OF SUPPLEMENTAL AUTHORITY |
| ) | [USDC Alaska Local Rule 7.1(h)(1)[B]] |
| Defendants. ) | |

Plaintiff, State of Alaska, pursuant to Local Rule 7.1(h)(1)(B), hereby gives notice of the following supplemental pertinent or controlling authority applicable to that part of the discussion at pages 23-28 of Plaintiff's Reply to Defendants' Briefs Responding to Plaintiff's Motion For Summary Judgment, Docket No. 40, filed April 9, 2007, herein:

50 C.F.R. § 100.16(c), which is part of the section entitled "Customary and traditional use determination process" and which provides:

> (c) The Board shall take into consideration the reports and recommendations of any appropriate Regional Council regarding customary and traditional uses of subsistence resources.

RESPECTFULLY SUBMITTED this 23rd day of May, 2007.

TALIS J. COLBERG
ATTORNEY GENERAL


By:   s/Steven A. Daugherty
      Steven A. Daugherty
      Assistant Attorney General
      Alaska Bar No. 9406032
      1031 W. 4th Avenue, Suite 200
      Anchorage, Alaska 99501
      Ph: (907) 269-5257
      Fax: (907) 279-2834
      Email:steven_daugherty@law.state.ak.us

      Counsel for Plaintiff State of Alaska


**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 23, 2007, a copy of the foregoing **Notice Of Supplemental Authority** was served electronically on

    Dean Dunsmore (dean.dunsmore@usdoj.gov)
    Heather Kendall Miller (kendall@narf.org)


s/Steven A. Daugherty
Steven A. Daugherty

*State of Alaska v. Fleagle*, et al.
Case No. 3:06-cv-00107-HRH
Notice Of Supplemental Authority    PAGE 2 of 2