**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

STATE OF ALASKA,
     Plaintiff,

                          Case Number 3:06-cv-00107-HRH

v.

FEDERAL SUBSISTENCE BOARD,
et al.
     Defendant.              **JUDGMENT IN A CIVIL CASE**

___  **JURY VERDICT**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_  **DECISION BY COURT**. This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

       IT IS ORDERED AND ADJUDGED:

       THAT plaintiff's motion for summary judgment is denied and plaintiff's complaint is dismissed with prejudice.

APPROVED:

/s/ H. RUSSEL HOLLAND
United States District Judge

Date: June 28, 2007

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

/S/IDA ROMACK
Ida Romack, Clerk of Court

[A06-107.Judgment.wpd]{JMT2.WPT*Rev.3/03}