TALIS COLBERG
ATTORNEY GENERAL

Michael W. Sewright
Steven A. Daugherty
Assistant Attorneys General
1031 W. 4th Avenue, Suite 200
Anchorage, Alaska 99501
Ph: (907) 269-5232
Fax: (907) 279-2834
Email:  mike.sewright@alaska.gov;
        steven.daugherty@alaska.gov

Counsel for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA, | ) |
| | ) Case No. 3:06-cv-00107-HRH |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| MICHAEL FLEAGLE, Chairman, | ) |
| FEDERAL SUBSISTENCE BOARD, | ) |
| DIRK KEMPTHORNE, | ) |
| Secretary of the Interior, | ) |
| MIKE JOHANNS, Secretary of the U.S. | ) |
| Department of Agriculture, | ) |
| [each in their official capacity], | ) |
| | ) |
| Defendants. | ) |

**ENTRY OF APPEARANCE**

Please take notice that Michael W. Sewright, Assistant Attorney General, Department of Law, 1031 W. 4th Avenue, Suite 200, Anchorage, Alaska 99501-5903,

telephone number (907) 269-5232, hereby enters his appearance as co-counsel of record in the above-captioned matter on behalf of the State of Alaska.

Copies of all notices, motions and pleadings should be delivered to the address referenced above.

RESPECTFULLY SUBMITTED this 24th day of August, 2007.

TALIS COLBERG
ATTORNEY GENERAL


By:   s/Michael W. Sewright
      Michael W. Sewright
      Assistant Attorney General
      Alaska Bar No. 7510090
      1031 W. 4th Avenue, Suite 200
      Anchorage, Alaska 99501
      Ph: (907) 269-5232
      Fax: (907) 279-2834
      Email: mike.sewright@alaska.gov

      Counsel for Plaintiff State of Alaska