IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

| | |
|---|---|
| STATE OF ALASKA,<br><br>    Plaintiff-Appellee<br><br>v.<br><br>MICHAEL FLEAGLE, Chairman,<br>FEDERAL SUBSISTENCE BOARD,<br><br>DIRK KEMPTHORNE,<br>Secretary of the Interior,<br>MIKE JOHANNS, Secretary of the U.S.<br>Department of Agriculture,<br>[each in their official capacity],<br><br>    Defendants-Appellants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. _____<br>)<br>)<br>) |

## REPRESENTATION STATEMENT

**Cheesh-Na Tribal Council**
*Added: 05/16/2006*
*(Intervenor Defendant)*

represented by

**Heather Kendall-Miller**
Native American Rights Fund
420 L Street, Suite 505
Anchorage, AK 99501
907-276-0680
907-276-2466 (fax)
Kendall@narf.org
*Assigned: 05/16/2006*

**Federal Subsistence Board**
*Added: 05/09/2006*
*(Defendant)*

represented by

**Dean Dunsmore**
U.S. Department of Justice (AK - Environmental Div)
801 B Street, Suite 504
Anchorage, AK 99501-1657
907-271-5452

|  |  |  |
|---|---|---|
|  |  | 907-271-5827 (fax)<br>dean.dunsmore@usdoj.gov<br>*Assigned: 07/10/2006* |
| **Michael Fleagle**<br>Chairman, Federal Subsistence Board<br><br>*Added: 09/06/2006*<br>*(Defendant)* | represented by | **Dean Dunsmore**<br>U.S. Department of Justice (AK - Environmental Div)<br>Environmental & Natural Resources Division<br>801 B Street, Suite 504<br>Anchorage, AK 99501-1657<br>907-271-5452<br>907-271-5827 (fax)<br>dean.dunsmore@usdoj.gov<br>*Assigned: 08/18/2006* |
| **Mike Johanns**<br>Secretary of the U.S. Department of Agriculture<br><br>*Added: 05/09/2006*<br>*(Defendant)* | represented by | **Dean Dunsmore**<br>U.S. Department of Justice (AK - Environmental Div)<br>801 B Street, Suite 504<br>Anchorage, AK 99501-1657<br>907-271-5452<br>907-271-5827 (fax)<br>dean.dunsmore@usdoj.gov<br>*Assigned: 07/10/2006* |
| **Dirk Kempthorne**<br>Secretary of the Interior<br><br>*Added: 06/23/2006*<br>*(Defendant)* | represented by | **Dean Dunsmore**<br>U.S. Department of Justice (AK - Environmental Div)<br>801 B Street, Suite 504<br>Anchorage, AK 99501-1657<br>907-271-5452<br>907-271-5827 (fax)<br>dean.dunsmore@usdoj.gov |
| **Larry Sinyon** | represented | **Heather Kendall-Miller** |

| | | |
|---|---|---|
| *Added: 05/16/2006*<br>*(Intervenor Defendant)* | by | Native American Rights Fund<br>420 L Street, Suite 505<br>Anchorage, AK 99501<br>907-276-0680<br>907-276-2466 (fax)<br>Kendall@narf.org<br>*Assigned: 05/16/2006* |
| **State of Alaska**<br>*Added: 05/09/2006*<br>*(Plaintiff)* | represented by | **Michael W. Sewright**<br>**Steven A. Daugherty**<br>State of Alaska, Department of Law<br>1031 W. 4th Avenue, Suite 200<br>Anchorage, AK 99501<br>907-269-5232<br>907-279-2834 (fax)<br>mike.sewright@alaska.gov<br>Steven.Daugherty@Alaska.gov |

Respectfully submitted, this 24th day of August, 2007,

s/Michael W. Sewright
Michael W. Sewright Assistant Attorney General
Counsel for the Appellee

s/Steven Daugherty
Steven Daugherty Assistant Attorney General
Counsel for the Appellee

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 24, 2007, a copy of the foregoing Entry of Appearance was served electronically on

    Dean Dunsmore (dean.dunsmore@usdoj.gov)
    Heather Kendall Miller (kendall@narf.org)


s/Michael W. Sewright