TALIS COLBERG
ATTORNEY GENERAL

Michael W. Sewright
Steven A. Daugherty
Assistant Attorneys General
1031 W. 4th Avenue, Suite 200
Anchorage, Alaska 99501
Ph: (907) 269-5232
Fax: (907) 279-2834
Email:  mike.sewright@alaska.gov;
       steven.daugherty@alaska.gov

Counsel for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

_____

| | |
|---|---|
| STATE OF ALASKA, ) | |
| ) | Case No. 3:06-cv-00107-HRH |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| MICHAEL FLEAGLE, Chairman, ) | |
| FEDERAL SUBSISTENCE BOARD, ) | |
| DIRK KEMPTHORNE, ) | |
| Secretary of the Interior, ) | |
| MIKE JOHANNS, Secretary of the U.S. ) | |
| Department of Agriculture, ) | |
| [each in their official capacity], ) | |
| ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**NOTICE OF APPEAL**

Notice is hereby given that the State of Alaska, plaintiff in the above-

named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit

from the district court's final judgment of dismissal with prejudice entered in this action

on June 28, 2007 (USDC Docket No. 44) and the district court's order regarding motion

for summary judgment dated June 27, 2007 (USDC Docket No. 43) on which that

judgment is based.

RESPECTFULLY SUBMITTED this 24th day of August, 2007.

TALIS COLBERG
ATTORNEY GENERAL


By:    s/Michael W. Sewright
       Michael W. Sewright
       Assistant Attorney General
       Alaska Bar No. 7510090
       1031 W. 4th Avenue, Suite 200
       Anchorage, Alaska 99501
       Ph: (907) 269-5232
       Fax: (907) 279-2834
       Email: mike.sewright@alaska.gov

       Counsel for Plaintiff State of Alaska

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 24, 2007, a copy of the foregoing Notice of

Appeal including Representation Statement was served electronically on

Dean Dunsmore (dean.dunsmore@usdoj.gov)
Heather Kendall Miller (kendall@narf.org)


s/Michael W. Sewright