UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

RECEIVED
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

AUG 3 0 2007

FILED _____
DOCKETED _____
DATE    INITIAL

**CASE INFORMATION:**
Short Case Title: <u>STATE OF ALASKA v FLEAGLE et al</u>
Court of Appeals No. (leave blank if unassigned):
U.S. District Court Judge Name and Case No.: <u>H. RUSSEL HOLLAND - 3:06-cv-00107-HRH</u>
Date Complaint Filed: 05/09/06
Date Appealed Order/Judgment *entered*: Order - 06/27/07 Judgment - 06/28/07
Date NOA *filed*: <u>08/24/07</u>
COA Status (check one):
__granted in full (attach order)   __denied in full (send record)
__granted in part (send record)   __pending

07-35723

RECEIVED
SEP 0 4 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

Court Reporter(s) Name and Phone Number: <u>NONE</u>
Magistrate Judge's Order? If so, please attach.

**FEE INFORMATION:**
Date Docket Fee paid: 08/24/07      Date Docket Fee billed: __
Date FP granted: __                 Date FP denied: __
Is FP pending? NO                   Was FP Limited/Revoked?
US Government Appeal? NO            Companion Cases? Please list: __
Please attach copy of any order granting, denying or revoking FP.

**COUNSEL INFORMATION:** (please include e-mail address and fax number)

| Appellate Counsel: | Appellee Counsel: |
|---|---|
| **STEVEN A. DAUGHERTY** | **DEAN DUNSMORE** |
| State of Alaska, Department of Law | U.S. Department of Justice |
| 1031 W. 4th Ave, Suite 200 | 801 B Street, Suite 504 |
| Anchorage, AK 99501 | Anchorage, AK 99501 |
| FAX: 907-279-2834 | FAX: 907-271-5827 |
| | |
| | **HEATHER KENDALL-MILLER** |
| | Native American Rights Fund |
| | 420 L Street, Suite 505 |
| | Anchorage, AK 99501 |
| | FAX: 907-276-2466 |

X retained   __CJA   __FPD   __FPD   __Other   Please attach Appointment Order.

**DEFENDANT INFORMATION:**
Prisoner ID: __        Address: __
Custody: __            Bail: __

**AMENDED NOTIFICATION INFORMATION:**
Fees Paid: __      9th Circuit Docket Number: __

Name and phone number of person completing this form: <u>Carla Applebee</u>
<u>907-677-6138</u>