UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED
AUG 31 2007
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

RECEIVED
SEP 04 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

| | |
|---|---|
| STATE OF ALASKA,<br><br>　　Plaintiff - Appellant,<br><br>V.<br><br>FEDERAL SUBSISTENCE BOARD; MICHAEL FLEAGLE, Chairman, Federal Subsistence Board; DIRK KEMPTHORNE, Secretary of the Interior; MIKE JOHANNS, Secretary of Department of Agriculture,<br><br>　　Defendants - Appellees,<br><br>　And<br><br>CHEESH-NA TRIBAL COUNCIL; LARRY SINYON,<br><br>　　Defendant-Intervenors - Appellees. | No. 07-35723<br>D.C. No. CV-06-00107-HRH<br><br>**TIME SCHEDULE ORDER** |

The parties shall meet the following time schedule:

  Appellant/petitioner shall immediately file the civil appeals docketing statement (CADS), pursuant to Circuit Rule 33-1;

10/10/07  Appellant/petitioner's opening brief and excerpts of record shall be served and filed pursuant to FRAP 32 and 9th Cir. R. 32-1;

11/9/07  The brief of appellee/respondent shall be filed and served, pursuant to FRAP 32 and 9th Cir. R. 32-1

\*\*\*  The optional appellant/petitioner reply brief shall be filed and served within fourteen days of service of the appellee/respondent's brief, pursuant to FRAP 32 and 9th Cir. R. 32-1.

**Failure of the appellant to comply with the Time Schedule Order will result in automatic dismissal of the appeal. 9th Cir. R. 42-1**

**Appellants/Petitioners without representation of counsel in a prisoner appeal may have their case submitted on the briefs and record without oral argument, pursuant to FRAP 34(a). Within 10 days of the filing of the appellant's opening brief, parties may file a statement setting forth the reasons why, in the opinion of the parties, oral argument should be heard.**

FOR THE COURT:
Cathy A. Catterson
Clerk of Court

RT

By: Ruben Talavera
Deputy Clerk