Heather Kendall Miller, ABA #9211084
NATIVE AMERICAN RIGHTS FUND
420 L St., Suite 505
Anchorage, Alaska 99501
Telephone: (907) 276-0680
Facsimile: (907) 276-2466
Email: kendall@narf.org

Attorney for Intervenors

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| MITCH DEMIENTIEFF, Chairman, FEDERAL SUBSISTENCE BOARD, DIRK KEMPTHORNE, Secretary of the Interior, MIKE JOHANNS, Secretary of the U.S. Department of Agriculture [each in their official capacity], | ) ) ) ) ) ) ) ) Case No. 3:06-CV-00107 (JWS) ) ) ) NOTICE OF CHANGE OF ADDRESS |
| Defendants, and | ) ) |
| CHEESH-NA TRIBAL COUNCIL and LARRY SINYON, | ) ) ) |
| Defendant-Intervenors. | ) ) ) |

TO ALL PARTIES AND THEIR ATTORNEYS

    Please take notice that Native American Rights Fund is moving their offices. After July 7, 2008, Native American Rights Fund new address will be as follows:

      Native American Rights Fund
801 B Street, Suite 401
Anchorage, Ak  99501

Phone and fax numbers, as well as e-mail addresses will stay the same.

RESPECTFULLY SUBMITTED this 20th day of June, 2008.

/s/  Heather Kendall Miller
Heather R. Kendall-Miller (AK Bar # 9211084)
NATIVE AMERICAN RIGHTS FUND
420 L Street, Suite 505
Anchorage, Alaska 99501
Tel:  (907) 276-0680
Fax: (907) 276-2466
Email: kendall@narf.org

Attorney for Cheesh-Na Tribal Council and
Larry Sinyon

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 20th, 2008, a copy of foregoing Notice of Change of Address of the Defendant-Intervenors was served electronically on

Steven A. Daugherty (steven_daugherty@law.state.ak.us)

Dean Dunsmore (Dean.Dunsmore@usdoj.gov)

/s/  Heather Kendall Miller