UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
RECORD TRANSMITTAL FORM

Date: July 10, 2008

To:   ATTN: ( X ) CIVIL
    U.S. Court of Appeals Building
          ( ) CRIMINAL

          ( ) JUDGE

From:  U.S. District Court
      District of Alaska (Anchorage)
      222 W. 7th Ave., #4
      Anchorage, AK 99513

DC No: 3:06-cv-00107-HRH   Appeal No: 07-35723

Short title: State of Alaska et al v Federal Subsistence, et al

Composition of Record

Clerk's Files in   0   volumes   ( ) original   ( ) certified copy

    Bulky docs.   0   volumes, docket # _____
                (folders)

Reporter's   in   0   volumes   ( ) original   ( ) certified copy
Transcripts      Docket #'s

Exhibits:   in _____ envelopes   () under seal

        in _____ boxes   () under seal


Other: **No Sealed volumes: Documents filed 1/1/06 and after are available electronically.**
(please note any documents filed under seal)


Acknowledgement: _____   Date: _____
"record.app" [11/21/97]