UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
RECORD TRANSMITTAL FORM

Date: July 14, 2008

To:  U.S. Court of Appeals Building

ATTN: ( X ) CIVIL

( ) CRIMINAL

( )JUDGE

From: U.S. District Court
District of Alaska (Anchorage)
222 W. 7th Ave., #4
Anchorage, AK 99513


DC No: 3:06-cv-00107-HRH   Appeal No: 07-35723

Short title: State of Alaska et al v Federal Subsistence, et al

Composition of Record

Clerk's Files in   0   volumes    ( ) original    ( ) certified copy

Bulky docs.  4  volumes, docket #   Administrative Record consisting of 2 Binders
(folders)

Reporter's   in   0   volumes    ( ) original   ( )certified copy
Transcripts          Docket #'s

Exhibits:    in _____ envelopes   () under seal

in _____ boxes        () under seal


Other: **No Sealed volumes: Documents filed 1/1/06 and after are available electronically:.**
(please note any documents filed under seal)


Acknowledgement: _____    Date: _____
"record.app" [11/21/97]